≈JS 45 (5/97) - (Revised USAO MA 11/15/05)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** _____   **Category No.** II   **Investigating Agency** FBI

**City** Worcester, Boston   **Related Case Information:**   09 CR 10243 MLW

**County** Worcester, Suffolk   Superseding Ind./___ _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number   08-1682-TSH
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Ryan Harris   Juvenile   ☐ Yes   ☒ No

Alias Name   DerEngel

Address _____

Birth date (Year only): 1983   SSN (last 4 #): 1695   Sex M   Race: Caucasian   Nationality: US

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   Adam Bookbinder   Bar Number if applicable   566590

Interpreter:   ☐ Yes   ☒ No   List language and/or dialect: _____

Victims:   ☒ Yes   ☐ No   If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2)   ☐ Yes   ☒ No

Matter to be SEALED:   ☒ Yes   ☐ No

☒ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty ___   ☐ Misdemeanor ___   ☒ Felony 6

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: August 19, 2009   Signature of AUSA: _____

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    Ryan Harris

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. 371 | Conspiracy | 1 |
| Set 2  18 U.S.C. 1030(a)(4) | Computer Fraud | 2 |
| Set 3  18 U.S.C. 1343 | Wire Fraud | 3-6 |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

&JS 45 (5/97) - (Revised USAO MA 11/15/05)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:** _____   **Category No.** II   **Investigating Agency** FBI

**City** Worcester, Boston

**County** Worcester, Suffolk

**Related Case Information:**
Superseding Ind./ Inf. _____ Case No. 09 CR 10243 MLW
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number 08-1682-TSH
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   TCNISO, Inc.   Juvenile  ☐ Yes  ☒ No

Alias Name   _____

Address   Vista, California

Birth date (Year only): ____ SSN (last 4 #): ____ Sex ___ Race: _____ Nationality: _____

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   Adam Bookbinder   Bar Number if applicable 566590

Interpreter:  ☐ Yes  ☒ No   List language and/or dialect: _____

Victims:  ☒ Yes  ☐ No   If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2)  ☐ Yes  ☒ No

Matter to be SEALED:  ☒ Yes  ☐ No

☐ Warrant Requested   ☒ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**  ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**  ☐ Petty   ☐ Misdemeanor   ☒ Felony  6

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: August 19, 2009   Signature of AUSA: _____

✎JS 45 (5/97) - (Revised USAO MA 11/15/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    TCNISO, Inc.

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 371 | Conspiracy | 1 |
| Set 2 | 18 U.S.C. 1030(a)(4) | Computer Fraud | 2 |
| Set 3 | 18 U.S.C. 1343 | Wire Fraud | 3-6 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**