UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. |
| | ) | |
| v. | ) | |
| | ) | |
| RYAN HARRIS, a/k/a DerEngel, | ) | **09 CR 10243 MLW** |
| | ) | |
| and | ) | |
| | ) | |
| TCNISO, INC., | ) | |
| Defendants | ) | |

### GOVERNMENT'S MOTION TO SEAL INDICTMENT

Pursuant to FRCP 6(e)(4), the Government asks the Court to direct that the indictment, the criminal case cover sheet, and this motion be sealed until defendant Ryan Harris is arrested, at which point the indictment will automatically become unsealed without further order of the Court, so that it can be promptly provided to the defendant and his counsel. The Government anticipates that Harris will not be arrested for 4-6 weeks, because the arrest must be done simultaneously with several search warrants and interviews, all of which will take a significant amount of time to prepare for and coordinate.

Respectfully submitted,

MICHAEL K. LOUCKS
Acting United States Attorney

By: /s/ Adam J. Bookbinder
Adam J. Bookbinder
Assistant U.S. Attorney

Dated: August 19, 2009

*August 19, 2009. Allowed. Marianne B. Bowler, USMJ*