UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.  09-10243-MLW |
| | ) | |
| v. | ) | |
| | ) | |
| RYAN HARRIS, a/k/a DerEngel, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| TCNISO, INC., | ) | |
| Defendants | ) | |

GOVERNMENT'S MOTION TO UNSEAL INDICTMENT

The Government asks the Court to direct that the indictment and the remaining pleadings in this case be unsealed because the defendant, Ryan Harris, has been arrested.  The motion to seal stated that the indictment would automatically become unsealed at the time of arrest, without further order of the Court, so that it could be promptly provided to the defendant and his counsel.  The government has therefore instructed the prosecutors and agents handling the case in Oregon, where Harris was arrested, to provide copies of the indictment to him and his counsel.  Nonetheless, in the interest of caution, the government is filing this motion, asking the Court to unseal the docket.

Respectfully submitted,

MICHAEL K. LOUCKS
Acting United States Attorney

By:   */s/ Adam Bookbinder*
Adam J. Bookbinder
Assistant U.S. Attorney

Dated: October 20, 2009