UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 09-10243-MLW |
| | ) | |
| v. | ) | |
| | ) | |
| RYAN HARRIS, a/k/a DerEngel, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| TCNISO, INC., | ) | |
| Defendants | ) | |

GOVERNMENT'S MOTION TO CONTINUE
INITIAL APPEARANCE/ARRAIGNMENT

The Government asks the Court to continue the initial appearance and arraignment in this case in this district (defendant Harris has previously appeared in the district of Oregon following his arrest) from November 18, 2009 to December 17, 2009 at 11:00 a.m, in Boston.

In support of this motion, the Government states that the two prosecutors on the case are unavailable on November 18, 2009 (AUSA Bookbinder is on trial in Boston, and DOJ Trial Attorney Spivack has a court hearing in Maryland).

Respectfully submitted,

MICHAEL K. LOUCKS
Acting United States Attorney

By:    /s/ Adam Bookbinder
       Adam J. Bookbinder
       Assistant U.S. Attorney
       Mona Sedky Spivack
       Department of Justice Trial Attorney

<u>CERTIFICATE OF SERVICE</u>

      The undersigned will attempt to serve this pleading on the defendant via the federal defender in the District of Oregon who was appointed to represent him in connection with his arrest in that district on these charges.

<u>/s/ Adam Bookbinder</u>
Adam J. Bookbinder

Dated: October 31, 2009