UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

OFFICE OF THE CLERK
WAYNE L. MORSE UNITED STATES COURTHOUSE
405 EAST EIGHTH AVENUE, SUITE 2100
EUGENE, OREGON 97401
(541) 431-4100

FILED
IN CLERK'S OFFICE
2009 NOV -5  P 12: 45
U.S. DISTRICT COURT
DISTRICT OF MASS.

MARY L. MORAN
CLERK OF COURT

CHRISTINE WELLER
DIVISION MANAGER

November 2, 2009

Clerk's Office
District of Massachusetts
Donohue Federal Building
595 Main Street
Worcester MA 01608

Re: USA v. Ryan Harris
    Our Number 09-mj-2086
    Your Number 09-CR-10243-MLW

Dear Clerk:

The above mentioned defendant is being returned to your district pursuant to the Order Requiring defendant to appear in the District where charges are pending signed by Magistrate Judge Thomas M. Coffin dated October 26, 2009.

Enclosed is a certified copy of the docket sheet. You may access electronically filed documents in this case at our ECF/PACER web address https://ecf.ord.uscourts.gov. Any documents not available electronically are enclosed in paper format.

Please acknowledge receipt of the above-mentioned papers by returning the copy of this letter to our office.

Sincerely,

Mary L. Moran, Clerk

By Sheryl Nogelmeier, Deputy

enclosures