# U.S. District Court
## District of Oregon (Eugene)
### CRIMINAL DOCKET FOR CASE #: 6:09-mj-02086-TC-1
### Internal Use Only

Case title: USA v. Harris                          Date Filed: 10/20/2009

Assigned to: Magistrate Judge Thomas M. Coffin

**Defendant (1)**

Ryan Harris                    represented by    Bryan E. Lessley
                                                 Office of the Federal Public Defender
                                                 151 W. 7th Avenue
                                                 Suite 510
                                                 Eugene, OR 97401
                                                 (541) 465-6937
                                                 Fax: (541) 465-6975
                                                 Email: bryan_lessley@fd.org
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*
                                                 *Designation: Public Defender or Community Defender Appointment*

**Pending Counts**                               **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**                            **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                                   **Disposition**
18:371 - Conspiracy

Certified to be a true and correct copy of original filed in this District
Dated ___11-2-09___
Mary L. Moran, Clerk of Court
US District Court of Oregon
By Deputy Clerk _____
Pages _____ Through _____

Plaintiff

USA      represented by **Sean B. Hoar**
United States Attorney's Office
405 E. Eighth Avenue
Suite 2400
Eugene , OR 97401
(541) 465-6792
Fax: (541) 465-6840
Email: sean.hoar@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/20/2009 | 1 | **Minutes of Proceedings:** First Initial Appearance before Magistrate Judge Thomas M. Coffin as to Ryan Harris held on 10/20/2009: Ordered counsel appointed for purposes of this hearing. Defendant to complete financial affidavit to explore qualification for appointment of counsel. Detention Hearing is set for 10/21/2009 at 01:30PM in Eugene before Magistrate Judge Thomas M. Coffin. Defendant is detained pending the outcome of the Detention Hearing. Counsel Present for Plaintiff: Sean Hoar. Counsel Present for Defendant: Bryan Lessley. (Court Reporter Deb Wilhelm) (plb) (Entered: 10/20/2009) |
| 10/21/2009 | | **Minutes of Proceedings:** Detention Hearing before Magistrate Judge Thomas M. Coffin as to Ryan Harris: Defendant is released OR. See formal order. Defendant ordered to make Initial Appearance on 11/18/2009 at 01:30 PM in the District of Massachusetts at the Donohue Federal Building, 959 Main St., Worcester, MA 01608 before Magistrate Judge Timothy S. Hillman. Counsel Present for Plaintiff: Sean Hoar. Counsel Present for Defendant: Bryan Lessley. (Court Reporter Deb Wilhelm) (plb) (Entered: 10/22/2009) |
| 10/21/2009 | 3 | Order Setting Conditions of Release as to Defendant Ryan Harris by Magistrate Judge Thomas M. Coffin signed on 10/21/09. (sln) (Entered: 10/26/2009) |
| 10/23/2009 | 2 | Receipt for Surrender of Passport as to Ryan Harris issued by United States of America. (sln) (Entered: 10/23/2009) |
| 10/26/2009 | 4 | Administrative Correction of the Record: A clerical error pursuant to Fed. R. Crim. P 36 has been discovered in the case record and the Clerk is directed to make the following administrative corrections to the record and to notify all parties accordingly: Minutes of Proceedings on 10/22/2009 should reflect that the Donohue Federal Building is located at 595 Main St., Worcester, MA 01608. Ordered by Magistrate Judge Thomas M. Coffin (plb) (Entered: 10/26/2009) |
| 10/26/2009 | 5 | Order Requiring defendant Ryan Harris to appear in the district where charges are pending. Defendant to appear on 11/18/09 in the District of Massachusetts (sln) (Entered: 10/27/2009) |