UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>v.     )<br>)<br>)<br>)<br>)<br>RYAN HARRIS, ET AL.     )<br>) | Criminal No. 09-10243-MLW |

NOTICE OF INITIAL STATUS CONFERENCE

December 17, 2009

HILLMAN

1.     Unless counsel inform the Court in a Joint Memorandum in accordance with LR 116.5(C) on or before **Friday, January 22, 2010**, that there is no need for an initial status conference, such a conference will be held on **Thursday, January 28, 2010, at 3:00 p.m.**, in Courtroom No. 1 on the Fifth Floor, Worcester, MA.  If the Joint Memorandum is not filed with the Court on or before **Friday, January 22, 2010**, then the parties must appear for the initial status conference either in person or by telephone.[1]

2.     If counsel feel that there is need for an initial status conference, then on or before the close of business on **Friday, January 22, 2010**, counsel shall inform my Courtroom Clerk as to whether they want the status conference to be conducted in person or by telephone .

3.     ORIGINALS OF ALL MOTIONS, MEMORANDUMS, PLEADINGS, ETC. MUST BE FILED WITH THE COURT (INCLUDING ELECTRONIC FILING).  **NEITHER FAXES NOR E-MAIL FILINGS WILL BE ACCEPTED**.

/s/ Timothy S. Hillman
TIMOTHY S. HILLMAN

---

[1] Defendants are not required to be present at the Initial Status Conference.  Inasmuch as this court concludes that the Initial Status Conference is not a critical proceeding within the meaning of Rule 43, F.R. Crim. P., defendants in custody will **not** be transported to court for the Initial Status Conference absent a showing of exceptional cause on motion duly filed in advance of the Initial Status Conference, See 43(c)(3), F.R. Crim. P.

UNITED STATES MAGISTRATE JUDGE