UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.  09-10243-MLW |
| | ) | |
| v. | ) | |
| | ) | |
| RYAN HARRIS, a/k/a DerEngel, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| TCNISO, INC., | ) | |
| Defendants | ) | |

## ORDER OF EXCLUDABLE DELAY

The Court orders excluded, from the Speedy Trial Clock, the time from January 1, 2010 to February 22, 2010.  This time is excludable under 18 U.S.C. §3161(h)(7)(A), because the ends of justice served by allowing time for the government to identify and produce discovery and for the defense to begin to review that information outweighs the interest of the public and the defendant in a speedy trial.

_____
Timothy S. Hillman, U.S. Magistrate Judge

Dated: January \_\_\_\_, 2010