UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 09-10243-MLW |
| | ) | |
| v. | ) | |
| | ) | |
| RYAN HARRIS, a/k/a DerEngel, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| TCNISO, INC., | ) | |
| Defendants | ) | |

CERTIFICATE OF SERVICE

I hereby certify that the document filed as Docket #21 was filed through the ECF system and was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

    Respectfully submitted,

    CARMEN M. ORTIZ
    United States Attorney

By:    /s/ Adam Bookbinder
    Adam J. Bookbinder
    Assistant U.S. Attorney
    Mona Sedky Spivack
    Department of Justice Trial Attorney

Dated: February 10, 2010