# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | **CRIMINAL ACTION** |
| ) | **NO. 09-10243-MLW** |
| RYAN HARRIS, ) | |
| Defendants. ) | |

## ORDER OF EXCLUDABLE TIME
**February 25, 2010**

**HILLMAN, M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161, as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), the period from December 31, 2009 (date of expiration of prior order of excludable time) through and including April 29, 2010 (date of the Final Status Conference) shall be excluded from the Speedy Trial Act.

/s/Timothy S. Hillman
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE