# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) | |
| v | ) ) | **CRIMINAL ACTION** |
| RYAN HARRIS, | ) | **NO. 09-10243-MLW** |
| Defendant | ) ) | |

## INTERIM STATUS REPORT
### May 5, 2010

**HILLMAN, M.J.**

The following is an Interim Status Report to Wolf, J., to whom this case is assigned:

1.  <u>Discovery</u>

The parties represent that they are still in the process of evaluating a voluminous amount of discovery material. Defendant has requested additional time to complete his review which I have granted.

2.  <u>Final Status Conference</u>

A Final Status Conference shall be held in this case on June 29, 2010, at 2:30 p.m. in Courtroom 1, Fifth Floor, Donahue Federal Building, United States Courthouse, 595 Main Street.,Worcester, Massachusetts.

/s/Timothy S. Hillman
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE