# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) | |
| v | ) ) | **CRIMINAL ACTION** |
| RYAN HARRIS, | ) | **NO. 09-10243-MLW** |
| Defendant | ) ) | |

### ORDER OF EXCLUDABLE TIME
### May 5, 2010

**HILLMAN, M.J.**

At the request of the Government, and with consent of counsel for the Defendant, I am excluding from the provisions of the Speedy Trial Act, the period from April 29, 2010 (date of expiration of prior order of excludable time) through and including June 29, 2010 (date of the Final Status Conference).  I exclude this time in accordance with the provisions of 18 U.S.C. § 3161(h)(7)(A) because I find the ends of justice outweigh the interests of the Defendant and the public in a speedy trial.  Specifically, I find that the Defendant has requested this period of time in order to complete his review and evaluation of a substantial amount of discovery material.

/s/Timothy S. Hillman
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE