UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 09-10243-MLW |
| | ) | |
| RYAN HARRIS | ) | |

JOINT STATUS MEMORANDUM

The United States of America and defendant Ryan Harris hereby submit this status memorandum addressing ongoing discovery.

The government continues to produce discovery. It proposes to conduct a meeting of the parties in early September 2010, to apprise defendant of the scope of the case and to review the case in a comprehensive way. In view of the breadth of the discovery provided to date as well as to permit a September meeting of the parties, the parties request a late September status date.

The parties jointly agree to exclude the time from June 29 (the last excluded day) to the status date, and ask that the Court enter the proposed order of exclusion.

| | |
|---|---|
| CARMEN M. ORTIZ | RYAN HARRIS |
| United States Attorney | By his attorney, |
| | |
| By: /s/ Adam J. Bookbinder | /s/ Charles P. McGinty |
| | |
| Adam J. Bookbinder | Charles P. McGinty |
| Assistant U.S. Attorney | B.B.O. #333480 |
| | Federal Defender Office |
| | 51 Sleeper Street, 5th Floor |
| | Boston, MA 02210 |
| | Tel: 617-223-8061 |

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 28, 2010.

                                           /s/ Charles P. McGinty

                                           Charles P. McGinty