UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 09-10243-MLW |
| | ) | |
| v. | ) | |
| | ) | |
| RYAN HARRIS, a/k/a DerEngel, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| TCNISO, INC., | ) | |
| Defendants | ) | |

ORDER OF EXCLUDABLE DELAY

The Court orders excluded, from the Speedy Trial Clock, the time from June 29, 2010 to September _____, 2010, the date of the next status conference. This time is excludable under 18 U.S.C. §3161(h)(7)(A), because the ends of justice served by allowing time for the defense to review the voluminous discovery material the government has already produced and for the government to prepare for a comprehensive meeting with the defense outweighs the interest of the public and the defendant in a speedy trial.

_____
Timothy S. Hillman
U.S. Magistrate Judge

Dated: _____, 2010

CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

      /s/ Adam Bookbinder
      Assistant United States Attorney

Date: July 28, 2010