# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v.                                   ) <br> ) <br> RYAN HARRIS,                  ) <br>        Defendant.       ) <br> ) | **CRIMINAL ACTION** <br> **NO. 09-10243-MLW** |

### INTERIM STATUS REPORT
### September 30, 2010

**HILLMAN, M.J,**

The following is an Interim Status Report to Wolf, J., to whom this case is assigned:

    1.    <u>Discovery</u>

The Defendant reports that he is completing his review of a voluminous amount of discovery material. He has asked for more time to complete that review and to evaluate the material and to determine what course of action to take. The Defendant also continues to negotiate with the Government towards a non-trial resolution of this case.

2.      <u>Final Status Conference</u>

A Final Status Conference shall be held in this case on December 2, 2010 at 2:00 pm in Courtroom 1, Fifth Floor, United States Federal Court, Donohue Federal Building 595 Main St., Worcester, Massachusetts.

<u>/s/ Timothy S. Hillman</u>
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE