# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) ) | |
| v. | ) ) | **CRIMINAL ACTION** **NO 09-10243-MLW** |
| RYAN HARRIS,        Defendant. | ) ) ) | |

### ORDER OF EXCLUDABLE TIME
### September 30, 2010

**HILLMAN, M.J.**

At the request of the Government, and with consent of counsel for the Defendant, I am excluding from the provisions of the Speedy Trial Act, the period from June 29, 2010 (date of expiration of prior order of excludable time) through and including December 2, 2010 (date of the Final Status Conference).   I exclude this time under the provisions of  18 U.S.C. §3161(h)(7)(A) because I find that the ends of justice outweigh the interests of the Defendant and the public in a speedy trial.  Specifically, I find that the Defendant has requested this period of time in order to complete his review and evaluation of the discovery material,  and to continue negotiating with the Government towards a non-trial resolution of his case.

/s/Timothy S. Hillman
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE