# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) | |
| v. | ) ) | **CRIMINAL ACTION** **NO. 09-10243-MLW** |
| RYAN HARRIS, Defendant. | ) ) ) | |

## INTERIM STATUS REPORT
### December 3, 2010

**HILLMAN, M,J,**

The following is an Interim Status Report to Wolf, J., to whom this case is assigned:

1. <u>Discovery</u>

The Defendant has requested further time to complete his review of the discovery material. Both Parties agree that the discovery package is extremely complex. I have granted this final extension with the caveat that the next status conference will be a Final Status Conference.

2. <u>Final Status Conference</u>

A Final Status Conference will take place on February 7, 2011 at 2:00 pm .in Courtroom 1, Fifth Floor, United States Federal Court, Donohue Federal Building 595 Main St., Worcester, Massachusetts.

/s/ Timothy S. Hillman
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE