# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | **CRIMINAL ACTION** |
| v. | ) | **NO. 09-10243-MLW** |
| | ) | |
| RYAN HARRIS, | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER OF EXCLUDABLE TIME
### December 3, 2010

**HILLMAN, M.J.**

At the request of the Government, and with consent of counsel for the Defendant, I am excluding from the provisions of the Speedy Trial Act, the period from December 2, 2010 (date of the expiration of the prior order of excludable time) through and including February 7, 2011, date of the Final Status Conference. I exclude the time under the provisions of 18 U.S.C. §3161(h)(7)(A), because I find that the ends of justice outweigh the interest of the Defendant and the public in a speedy trial. Specifically, I find that the Defendant has requested this additional time in order to complete his review of the discovery material and to continue to his negotiations with the Government towards a non-trial resolution of this case.

/s/Timothy S. Hillman
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE