# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | **CRIMINAL ACTION** |
| v. ) | **NO. 09-10243-MLW** |
| ) | |
| RYAN HARRIS, a/k/a DerEngel, ) | |
| and TCNISO, INC., ) | |
| ) | |
| Defendants. ) | |

## ORDER OF EXCLUDABLE TIME
### February 7, 2011

**HILLMAN, M.J.**

At the request of the Government, and with consent of counsel for the Defendants, I am excluding from the provisions of the Speedy Trial Act, the period from February 7, 2011 (date of the expiration of the prior order of excludable time) through and including March 31, 2011, the date of the Final Status Conference. I exclude this time under the provisions of 18 U.S.C. §3161(h)(7)(A), because I find the ends of justice outweigh the interest of the Defendants and the public in a speedy trial. Specifically, I find that the parties will need this additional time in light of the Government's need to seek a superceding indictment and to produce related, additional discovery material, and the Defendants need to review this discovery material. I also exclude this time under the provisions of 18 U.S.C. § 3161(h)(1)(D) as of delay resulting from the filing of a pretrial motion, through the conclusion of the hearing on, or the disposition of, such motion.

/s/Timothy S. Hillman
TIMOTHY S. HILLMAN

MAGISTRATE JUDGE