# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **CRIMINAL ACTION** |
| | ) | **NO. 09-10243-MLW** |
| RYAN HARRIS, | ) | |
| Defendant. | ) | |

### INTERIM STATUS REPORT
### April 8, 2011

**HILLMAN, M,J,**

The following is an Interim Status Report to Wolf, C. J., to whom this case is assigned:

1.  Discovery

The Government is in the process of seeking a superceding indictment and expect that indictment to be returned some time after May 18, 2011. In addition, the Defendant has a pending Motion to Dismiss the pending indictment for lack of venue. The parties have requested and been given until May 20, 2011 to complete the discovery process, process the superceding indictment, and arraign the Defendant.

2.  Final Status Conference

A Final Status Conference will take place in the case on May 20, 2011, in Courtroom #1,

Fifth floor, Donohue Federal Building, 595 Main St., Worcester, MA.

/s/ Timothy S. Hillman
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE
