# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|  | ) | |
|  | ) | **CRIMINAL ACTION** |
| v. | ) | **NO. 09-10243-MLW** |
|  | ) | |
| RYAN HARRIS, | ) | |
| Defendant. | ) | |

## ORDER OF EXCLUDABLE TIME
### April 8, 2011

**HILLMAN, M.J.**

At the request of the Government, and with consent of counsel for the Defendant I am excluding from the provisions of the Speedy Trial Act, the period from March 31, 2011 (date of the expiration of the prior order of excludable time) through and including May 20, 2011, date of the Final Status Conference. I exclude this time under the provisions of 18 U.S.C. §3161(h)(7)(A), because I find that the ends of justice outweigh the interest of the Defendant and the public in a speedy trial. Specifically, I find that the Government needs this period of time in order to seek and obtain a superceding indictment and for the parties to complete their discovery obligations. Additionally, I exclude this time under the provisions 18 U.S.C. §3161(h)(1)(D) as a delay resulting from the filing of a pre trial motion through it's hearing and timely disposition.

/s/Timothy S. Hillman
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE