≤JS 45 (5/97) - (Revised USAO MA 11/15/05)

# Criminal Case Cover Sheet                                   U.S. District Court - District of Massachusetts

**Place of Offense:** _____   **Category No.** II   **Investigating Agency** FBI

**City** Worcester, Boston   **Related Case Information:**

**County** Worcester, Suffolk

Superseding Ind./ Inf.   Yes   **Case No.** 09-10243-MLW
Same Defendant   Yes   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number   08-1682-TSH
R 20/R 40 from District of _____

## Defendant Information:

**Defendant Name** Ryan Harris   Juvenile   ☐ Yes   ☒ No

**Alias Name** DerEngel

**Address** _____

**Birth date (Year only):** 1983   **SSN (last 4 #):** 1695   **Sex** M   **Race:** Caucasian   **Nationality:** US

**Defense Counsel if known:** Charles McGinty   **Address:** Office of the Federal Defender

**Bar Number:** _____

## U.S. Attorney Information:

**AUSA** Adam Bookbinder   **Bar Number if applicable** 566590

**Interpreter:** ☐ Yes ☒ No   **List language and/or dialect:** _____

**Victims:** ☒ Yes ☐ No   If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2) ☐ Yes ☒ No

**Matter to be SEALED:** ☐ Yes ☒ No

☐ Warrant Requested   ☒ Regular Process   ☐ In Custody

## Location Status:

**Arrest Date:** 10/20/09

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☒ On Pretrial Release:   Ordered by MJ Coffin, D. Oregon   on 10/21/09

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony 11

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** May 18, 2011   **Signature of AUSA:** _____

✎JS 45  (5/97) - (Revised USAO MA 11/15/05)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   Ryan Harris

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   18 U.S.C. 371 | Conspiracy | 1 |
| Set 2   18 U.S.C. 1343 | Wire Fraud | 2-11 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**