UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA   ) | Case No. 09-10243-MLW |
| ) | |
| v.   ) | |
| ) | |
| RYAN HARRIS, a/k/a DerEngel,   ) | |
| ) | |
| Defendant   ) | |

GOVERNMENT'S SUPPLEMENTAL
ORGANIZATIONAL VICTIM DISCLOSURE STATEMENT

The United States hereby notifies the Court, as required by Local Rule 112.4(B), that it has identified the company listed below as an organizational victim of the additional crimes charged in the above-captioned superseding indictment:

Comcast Corporation

Respectfully submitted,

CARMEN M. ORTIZ
Acting United States Attorney

By:   /s/ Adam Bookbinder
Adam J. Bookbinder
Assistant U.S. Attorney
Mona Sedky
Department of Justice Trial Attorney

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non registered participants on this date.

Dated: May 23, 2011

*Adam J. Bookbinder*