UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.           ) | CRIMINAL NO. 09-10243-MLW |
| ) | |
| RYAN HARRIS       ) | |

MOTION TO WAIVE APPEARANCE AT ARRAIGNMENT

Defendant, Ryan Harris, respectfully moves this Court, pursuant to Rule 10(b), Fed. R. Crim. P., to waive his appearance at arraignment on the superseding indictment.

He submits herewith his affidavit affirming that he has received a copy of the superseding indictment, and wishes to enter a plea of not guilty.

RYAN HARRIS
By his attorney,

/s/ Charles P. McGinty

Charles P. McGinty
  B.B.O. #333480
Federal Defender Office
51 Sleeper Street, 5th Floor
Boston, MA  02210
Tel: 617-223-8061

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 13, 2011.

/s/ Charles P. McGinty

Charles P. McGinty