UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 09-10243-MLW |
| | ) |
| RYAN HARRIS | ) |

### AFFIDAVIT IN SUPPORT OF MOTION TO WAIVE APPEARANCE

I, Ryan Harris, being informed of my right to be present at arraignment, and having received a copy of the superseding indictment, wish to have my appearance waived, and ask that the Court enter a plea of not guilty on my behalf to all charges.

*[signature]*

RYAN HARRIS

Date: 6-10-2011

*[signature]*

Charles P. McGinty, Esq.

Date: 6/13/2011