# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) | |
| v. | ) ) | **CRIMINAL ACTION** <br> **NO. 09-10243-MLW** |
| RYAN HARRIS, <br>     Defendant. | ) ) ) | |

### INTERIM STATUS REPORT
### June 15, 2011

**HILLMAN, M,J,**

The following is an Interim Status Report to Wolf, J., to whom this case is assigned:

1.  <u>Discovery</u>

The Defendant was recently arraigned on a superseding indictment. He has requested three weeks to review that indictment and to determine whether or not to ask for additional discovery, which I have granted.

2.  <u>Final Status Conference</u>

A Final Status Conference will take place in the case on July 8, 2011, at 10:00 am, in Courtroom #16, Fifth floor, J.J. Moakley Courthouse, 1 Courthouse Way, Boston, Massachusetts.

/s/ Timothy S. Hillman<br>
TIMOTHY S. HILLMAN<br>
MAGISTRATE JUDGE