# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | **CRIMINAL ACTION** |
| v. ) | **NO. 09-10243-MLW** |
| ) | |
| RYAN HARRIS, ) | |
|     Defendant. ) | |

## ORDER OF EXCLUDABLE TIME
### June 15, 2011

**HILLMAN, M.J.**

At the request of the Government, and with the consent of counsel for the Defendant I am excluding from the provisions of the Speedy Trial Act, the period from May 20, 2011 (date of the expiration of the prior order of excludable time) through and including July 8, 2011, date of the Final Status Conference. I exclude this time under the provisions of 18 U.S.C. §3161(h)(7)(A), because I find that the ends of justice outweigh the interest of the Defendant and the public in a speedy trial. Specifically, I find that the Defendant has requested this period of time in order to evaluate the charges in the superseding indictment and to determine what motions to file.

/s/Timothy S. Hillman
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE