# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | CRIMINAL ACTION NO. 09-10243-MLW |
| RYAN HARRIS, | ) ) | |
| Defendant. | ) ) | |

## FINAL STATUS CONFERENCE
### July 13, 2011

**HILLMAN, M.J.**

The following is a Final Status Conference Report to Wolf, CJ., to whom this case is assigned:

**1. Local Rule 116.5 (C)(1)** - Outstanding Discovery

There are no outstanding discovery issues yet to be presented or resolved at this time.

**2. Local Rule 116.5 (C)(2) -** Additional Discovery

The parties do anticipate providing additional discovery as a result of the future receipt of information, documents, or reports of examinations or tests (i.e., expert testimony, exculpatory evidence, Jencks Act material, cooperating witnesses, etc.).

**3. Local Rule 116.5 (C)(3) -** Defenses

The Defendant does not intend to raise the defense of insanity or public authority.

**4**. **Local Rule 116.5 (C)(4) -** Alibi

The Government has not requested a notice of alibi by the Defendant.

**5.  Local Rule 116.5 (C)(5)** - Motions

The Defendant intends to file a Motion to Dismiss. He has requested, and been given until July 29, 2011 in which to file that motion. The Government has requested, and been given until August 26, 2011 to file their response.

**6. Local Rule 116.5 (C)(6)** - Schedule

At this time a schedule needs to be set concerning the hearing on the Defendant's motions.

**7. Local Rule 116.5 (C)(7)** - Early Resolution

The parties continue to discuss a non trial resolution. The outcome of the Defendant's dispositive motions will assist the parties in determining whether or not to take this case to trial.

**8. Local Rule 116.5 (C)(8)** - Trial

At this time it is too early to determine length of trial.


/s/Timothy S. Hillman
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE