# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | CRIMINAL ACTION |
| v. | ) | NO. 09-10243-MLW |
| | ) | |
| RYAN HARRIS, | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER OF EXCLUDABLE TIME
### July 13, 2011

**HILLMAN, M.J.**

At the request of the Government, and with the consent of counsel for the Defendant I am excluding from the provisions of the Speedy Trial Act, the period from July 8, 2011 (date of the expiration of the prior order of excludable time) through and including July 29, 2011, (date by which the Defendant's Motion to Dismiss must be filed.)   I exclude this time under the provisions of 18 U.S.C. §3161(h)(7)(A), because I find that the ends of justice outweigh the interest of the Defendant and the public in a speedy trial.  Specifically, the Defendant has requested this period of time in order to research and prepare his Motion to Dismiss. I further exclude the period from July 29, 2011, (date by which the Defendant's Motion to Dismiss is due) through and including the date of the hearing on the Defendant's Motion to Dismiss.  I exclude this time under the provisions of 18 U.S.C. §3161(h)(1)(D) as a delay resulting from the filing of

the pretrial motion from the filing of the motion through the conclusion of the hearing on and other prompt disposition of said motion.

/s/Timothy S. Hillman
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE