UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| )                                                          | |
|     v.                                                  ) | CRIMINAL NO. 09-10243-MLW |
| )                                                          | |
| RYAN HARRIS                                      ) | |

ASSENTED-TO MOTION TO EXTEND TIME FOR
FILING DEFENDANT'S MOTION TO DISMISS

    Defendant Ryan Harris respectfully moves this Court for an additional period of four days to submit his motion to dismiss the superseding indictment, from July 29 to August 4, 2011. Defendant moves to exclude the intervening period in the interests of justice, under 18 U.S.C. § 3161(h)(7)(7)(A), including that he seeks the time to properly prepare a comprehensive motion with supporting memorandum, and that permitting such period of time outweighs the interest of the public and defendant in a speedy trial.

    Defendant also seeks to extend the time for the government's response for a commensurate period, from August 26 to September 1, 2011.

The government, by Assistant United States Attorney Adam Bookbinder, assents to this motion.

                                   RYAN HARRIS
                                   By his attorney,

                                   /s/ Charles P. McGinty

                                   Charles P. McGinty
                                     B.B.O. #333480
                                   Federal Defender Office
                                   51 Sleeper Street
                                   Boston, MA  02210
                                   Tel: 617-223-8061

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 1, 2011.

                                   /s/ Charles P. McGinty

                                   Charles P. McGinty