UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| V. | ) ) | Criminal No. 09-10243-MLW |
| RYAN HARRIS, | ) ) ) | |

## NOTICE OF APPEARANCE FOR ATTORNEY MONA SEDKY

    Mona Sedky, a trial attorney with the U.S. Department of Justice, Criminal Division, will be representing the United States as co-counsel for the government in this case, along with Assistant United States Attorney Adam J. Bookbinder. She is admitted to practice law in this Court pursuant to Local Rule 83.5.3(a). She is an active member in good standing of the Bar of the District of Columbia (DC Bar # 447968).

                                      Respectfully Submitted,

                                      */s/ Mona Sedky*
                                      Mona Sedky, Trial Attorney
                                      U.S. Dept. of Justice, Criminal Division
                                      Computer Crime & Intellectual Property Section
                                      1301 New York Avenue, Suite 600
                                      Washington, DC 20580
                                      Phone: 202-353-4304; Fax: 202-514-6113
                                      E-mail: mona.sedky@usdoj.gov


### CERTIFICATE OF SERVICE

    I certify that this document was filed on the date listed below through the ECF system, which will provide electronic notice to counsel as identified on the Notice of Electronic Filing.

                                      */s/ Mona Sedky*
                                      Mona Sedky
                                      Trial Attorney, U.S. Dept. of Justice

Dated: October 13, 2011