UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>    v.                      )<br>)<br>RYAN HARRIS                  ) | CRIMINAL NO. 09-10243-MLW |

## MOTION FOR TRANSPORTATION EXPENSES

Defendant, Ryan Harris, moves, pursuant to 18 U.S.C. § 4285, that this Court order the U.S. Marshal to provide Mr. Harris with round-trip airfare from Portland, Oregon to Boston, Massachusetts as well as any necessary lodging so that he can attend the initial pretrial conference scheduled for October 20, 2011.

On October 13, 2011, this Court issued an order scheduling an initial pretrial conference for October 20, 2011, at 11:30 a.m. This order states that "DEFENDANTS ARE REQUIRED TO ATTEND." Mr. Harris resides in Redmond, Oregon and has been released pending proceedings in this case. He has been found to be indigent. Mr. Harris is financially unable to afford the necessary transportation to appear before this Court next week as required. Mr. Harris asks this Court to order the Marshals to provide him with round-trip airfare between Portland, Oregon and Boston, Massachusetts, as well as any necessary lodging, pursuant

to 18 U.S.C. § 4285.  The interests of justice would be served by such an order.  A proposed order is attached.

                                      RYAN HARRIS
                                      By his attorney,

                                      /s/ Charles P. McGinty

                                      Charles P. McGinty
                                          B.B.O. #333480
                                      Federal Defender Office
                                      51 Sleeper Street
                                      Boston, MA  02210
                                      Tel: 617-223-8061

## CERTIFICATE OF SERVICE

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 14, 2011.

                                      /s/ Charles P. McGinty

                                      Charles P. McGinty