UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.        ) | CRIMINAL NO. 09-10243-MLW |
| ) | |
| RYAN HARRIS      ) | |

ORDER FOR TRANSPORTATION

Having found that the defendant, Ryan Harris, is unable to afford the necessary transportation to appear before this Court on October 20, 2011 at 11:30 a.m., and having found that the interests of justice would be served by the instant order, it is hereby ORDERED, pursuant to 18 U.S.C. §4285 that:

The United States Marshal shall provide round-trip airfare from Portland, Oregon to Boston, Massachusetts, as well as any necessary lodging, for Mr. Harris to appear in this Court at the initial pretrial hearing scheduled for 11:30 a.m. on October 20, 2011.

_____
Hon. Mark L. Wolf
Chief United States District Judge

Date: October __, 2011