UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,    )
                             )
     v.                      )    Cr. No. 09-10243-MLW
                             )
RYAN HARRIS et al.,          )
     Defendant.              )

                              ORDER

WOLF, D.J.                                      October 20, 2011

   For the reasons described in court on October 20, 2011, it is hereby ORDERED that:

   1. By November 4, 2011, the parties shall file supplemental memoranda on defendant's Motion to Dismiss. The parties shall address, among other things, the implications of the decisions in <u>United States v. Barletta</u>, 644 F.2d 50 (1st Cir. 1981); <u>United States v. Jalbert</u>, 242 F. Supp. 2d 44 (D. Me. 2003); and <u>United States v. Salemme</u>, 1997 WL 810057 (D. Mass. Dec. 29, 1997). Any replies shall be filed by November 14, 2011.

   3. A hearing on the Motion to Dismiss will be held on December 8, 2011, at 3:00 p.m.

   4. If this case is not dismissed, trial shall commence on February 6, 2012.

                                      /s/ Mark L. Wolf
                                   UNITED STATES DISTRICT JUDGE