UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.           ) | CRIMINAL NO. 09-10243-MLW |
| ) | |
| RYAN HARRIS          ) | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE LATE**

At a hearing on October 20, 2011, this Court ordered the government and Harris to file supplemental memoranda regarding Harris's motion to dismiss by November 4, 2011. This Court ordered that any replies should be filed by November 14, 2011.

The government filed its supplemental memorandum a day early, on November 3, 2011. This gave Harris time to respond to the government's arguments in his supplemental memorandum, which was timely filed on November 4, 2011. The government then filed a reply to Harris's supplemental memorandum on November 14, 2011.

Having already replied to the government's filing on November 3, defendant seeks leave to file this reply to its filing of November 14.

```
                              RYAN HARRIS
                              By his attorney,

                              /s/ Charles P. McGinty

                              Charles P. McGinty
                                B.B.O. #333480
                              Federal Defender Office
                              51 Sleeper Street
                              Boston, MA  02210
                              Tel: 617-223-8061
```

-2-

CERTIFICATE OF SERVICE

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 22, 2011.

                                        /s/ Charles P. McGinty

                                        Charles P. McGinty