# ATTACHMENT A



# HACKING
## *the* CABLE MODEM
### WHAT CABLE COMPANIES DON'T WANT YOU TO KNOW

DerEngel



**HACKING THE CABLE MODEM.** Copyright © 2006 by Ryan Harris.

All rights reserved. No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording, or by any information storage or retrieval system, without the prior written permission of the copyright owner and the publisher.

Printed on recycled paper in the United States of America

10 09 08 07 06   1 2 3 4 5 6 7 8 9

ISBN-10: 1-59327-101-8
ISBN-13: 978-1-59327-101-5

Publisher: William Pollock
Associate Production Editor: Christina Samuell
Cover Design: Octopod Studios
Developmental Editor: William Pollock
Technical Reviewer: Isabella Lindquist
Copyeditor: Publication Services, Inc.
Compositors: Riley Hoffman and Megan Dunchak
Proofreader: Stephanie Provines

For information on book distributors or translations, please contact No Starch Press, Inc. directly:

No Starch Press, Inc.
555 De Haro Street, Suite 250, San Francisco, CA 94107
phone: 415.863.9900; fax: 415.863.9950; info@nostarch.com; www.nostarch.com

*Library of Congress Cataloging-in-Publication Data*

```
DerEngel, 1983-
  Hacking the cable modem : what cable companies don't want you to know / DerEngel.
       p. cm.
   Includes index.
   ISBN 1-59327-101-8
  1. Modems--Handbooks, manuals, etc.  2. Computer hackers--Handbooks, manuals, etc.  I. Title.
TK7887.8.M63H37 2006
004.6'4--dc22
                                              2005033678
```

No Starch Press and the No Starch Press logo are registered trademarks of No Starch Press, Inc. Other product and company names mentioned herein may be the trademarks of their respective owners. Rather than use a trademark symbol with every occurrence of a trademarked name, we are using the names only in an editorial fashion and to the benefit of the trademark owner, with no intention of infringement of the trademark.

The information in this book is distributed on an "As Is" basis, without warranty. While every precaution has been taken in the preparation of this work, neither the author nor No Starch Press, Inc. shall have any liability to any person or entity with respect to any loss or damage caused or alleged to be caused directly or indirectly by the information contained in it.



*The author and his wife*

# ABOUT THE AUTHOR

I live in Hong Kong with my beautiful wife, Karly, who helps me with my work. I spend most of my day developing software and firmware. In my free time, I enjoy spending time with my wife, skateboarding, sleeping, chess, and playing computer games. I am also an avid fan of trance music, which inspires me.

I will always be a programmer at heart. My favorite programming language is Visual Basic .NET, because it is easy to understand and master, and it utilizes the powerful Microsoft .NET framework, which makes it quick to build a powerful program that would otherwise take a long time in other programming environments.

Every day of my life is consumed with cable modems as I ponder the next hack that I should be developing.

I am on the board of directors of TCNISO INC., located in San Diego, California. TCNISO is comprised of 12 very skilled individuals who are dedicated to cable modem hacking. I am always excited when the group makes a major breakthrough, and I become even more so when we publish our findings.