UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 09-10243-MLW |
| | ) | |
| v. | ) | |
| | ) | |
| RYAN HARRIS, a/k/a DerEngel, | ) | |
| | ) | |
| Defendant | ) | |

**STATUS REPORT**

In its Pretrial Order, the Court ordered the parties to confer and then report by January 10, 2012 on whether they have reached an agreement to resolve the case. In response to this order, the government reports that it has conferred with the defense but the parties have been unable to reach an agreement to resolve the case. The government therefore anticipates that this case will proceed to trial.

        Respectfully submitted,

        CARMEN M. ORTIZ
        United States Attorney

By:    */s/ Adam Bookbinder*
        Adam J. Bookbinder
        Assistant U.S. Attorney
        Mona Sedky
        Department of Justice Trial Attorney

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

        */s/ Adam Bookbinder*

Dated: January 10, 2012