UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.  09-10243-MLW |
| | ) | |
| v. | ) | |
| | ) | |
| RYAN HARRIS, | ) | |
| | ) | |
| Defendant | ) | |

**GOVERNMENT'S WITNESS LIST**

The government intends to call the following witnesses in its case in chief.  The government reserves the right to supplement, modify, or withdraw from this list.

Benjamin Brodfuehrer
Town & Country, MO

Lasky Genao
Revere, MA

Nathan Hanshaw
Athol, MA

Keeper of Records
GoDaddy, Inc.

Christopher Kohler
San Diego, CA

Jose Larosa
Mattapan, MA

Isabella Lindquist
Louisville, KY

William Madeira
Everett, MA

Craig Phillips
San Diego, CA

Timothy Russell
FBI Boston

Jason Ryan
IRS Boston

C.J. Sperber
FBI Seattle

                                  Respectfully submitted,

                                  CARMEN M. ORTIZ
                                  Acting United States Attorney

By:    */s/ Adam Bookbinder*
           Adam J. Bookbinder
           Assistant U.S. Attorney
           Mona Sedky
           Department of Justice Trial Attorney

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                  */s/ Adam J. Bookbinder*

Dated: January 20, 2012