UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Cr. No. 09-10243-MLW |
| | ) |
| RYAN HARRIS et al., | ) |
| Defendant. | ) |

ORDER

WOLF, D.J.                                              January 31, 2012

Defendant Ryan Harris neither made the submissions required by the attached December 14, 2011 Order to be filed by January 13, 2012, nor requested an extension of time to do so. The court has encountered similar problems previously with defendant's counsel, Assistant Federal Public Defender Charles McGinty, as well as other members of the Federal Public Defender Office. The court has warned Mr. McGinty and the Federal Public Defender Miriam Conrad that it would consider imposing sanctions, including contempt, if such problems recurred.

Accordingly, it is hereby ORDERED that Mr. McGinty and Ms. Conrad shall appear on February 1, 2012, at 4:00 p.m., to seek to show cause why the court should not institute civil and/or criminal contempt proceedings against Mr. McGinty for his failure to obey the December 14, 2011 Order. See 18 U.S.C. §401; Fed. R. Crim. P. 42.

/s/ Mark L. Wolf
UNITED STATES DISTRICT JUDGE