UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 09-10243-MLW |
| | ) | |
| RYAN HARRIS | ) | |

## DEFENDANT'S PROPOSED VOIR DIRE

Defendant Ryan Harris respectfully asks the Court to include in its voir dire of the jury the following questions:

1. Are you, a family member, or someone close to you involved in the criminal justice system as a prosecutor, a defense attorney, or an employee of either a prosecutor or a defense attorney?

2. Are you, a family member, or someone close to you employed by any law enforcement agency?

3. Have you or any member of your family been employed by a cable company?

Additionally, defendant objects to the government's proposed questions:

a. pertaining to whether a person was ever a victim of a crime (since concerns about undue sympathy for crime victims is not relevant here);

b. pertaining to whether a person was ever "charged with a crime" (since, if there was no conviction, the fact is irrelevant);

c. pertaining to "favorable or unfavorable" views of law

enforcement (since this case does not implicate any relevant concerns);

    d.  pertaining to whether any prospective juror has engaged in uncharged theft of service (jurors should not be questioned about past uncharged conduct); and

    e.  pertaining to whether a prospective juror might "have any feelings about cooperating defendants" (since prospective jurors should be presumed to be able to follow instructions).

                                   RYAN HARRIS
                                   By his attorney,

                                   /s/ Charles P. McGinty

                                   Charles P. McGinty
                                     B.B.O. #333480
                                   Federal Defender Office
                                   51 Sleeper Street
                                   Boston, MA  02210
                                   Tel: 617-223-8061

CERTIFICATE OF SERVICE

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 31, 2012.

                                   /s/ Charles P. McGinty

                                   Charles P. McGinty