```
               UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,    )
                             )
     v.                      )    Cr. No. 09-10243-MLW
                             )
RYAN HARRIS et al.,          )
     Defendant.              )
```

### ORDER

WOLF, D.J.                                        February 2, 2012

As stated in court on February 1, 2012, it is hereby ORDERED that:

1. By February 3, 2012, at 10:00 a.m., the parties shall file their motions in limine with supporting memoranda as required by Rule 7.1(b) of the Local Rules of the United States District Court for the District of Massachusetts and paragraph 5 of the December 14, 2011 Pretrial Order.

2. By February 3, 2012, at 4:00 p.m., the defendant shall file proposed jury instructions.

3. Responses to the motions in limine shall be filed by February 6, 2012, at 9:30 a.m.

4. Federal Public Defender Miriam Conrad shall assure that all court orders are obeyed.

                                     /s/ Mark L. Wolf
                                  UNITED STATES DISTRICT JUDGE