UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.  09-10243-MLW |
| | ) | |
| v. | ) | |
| | ) | |
| RYAN HARRIS, | ) | |
| | ) | |
| Defendant | ) | |

**GOVERNMENT'S REVISED EXHIBIT LIST**

The government intends to use the following exhibits in its case in chief.  The government reserves the right to supplement, modify, or withdraw from this list.

Exhibit No.     Description

| | |
|---|---|
| 1 | TCNiSO incorporation documents |
| 2 | TCNiSO website screen shots |
| 3 | TCNiSO website forum indices |
| 4 | GoDaddy records for TCNiSO Massachusetts customers |
| 5 | Excerpts of MSN chats between Harris and Craig Phillips |
| 6 | Excerpts of MSN chats between Harris and Isabella Lindquist |
| 7 | *Hacking the Cable Modem* book |
| 8 | Sigma X video clips |
| 9 | Charter service map |
| 10 | Excerpts of MSN chats between Harris and Nathan Hanshaw |
| 11 | 1/15/07 excerpt of IRC chat between Seattle FBI source and Nathan Hanshaw |
| 12 | 12/5/07 excerpt of IRC chat between Seattle FBI source and Nathan Hanshaw |
| 13 | 11/24/08 E-mail from Sales@tcniso.net to Tim Rodgers |
| 14 | 9/23/08 E-mail from DerEngel at sales@tcniso.net to motomodz@gmail.com |
| 15 | TCNiSO Blackcat CD-ROM |

| 16 | TCNiSO Blackcat modem and cable bought by FBI undercover agent |
| --- | --- |
| 17 | Excerpts of MSN chats between Harris and "Mr. T" |
| 18 | Excerpts of MSN chats between Harris and "Killswitch" |
| 19 | Excerpts of MSN chats between Harris and "Xfactor" |
| 20 | Excerpts of MSN chats between Harris and "Shagy" |
| 21 | Excerpts of MSN chats between Harris and "MooreR" |
| 22 | TCNiSO website forum posts about MAC address / configuration file swapping |
| 23 | TCNiSO website forum posts about ISPs blocking TCNiSO products |
| 24 | TCNiSO website forum posts about obtaining free service / uncapping |
| 25 | TCNiSO Financial record summary chart |
| 26 | Craig Phillips plea agreement |
| 27 | Nathan Hanshaw plea agreement |
| 28 | Private messages to and from Harris |
| 29 | Washington Mutual Bank TCNiSO account agreement |
| 30 | Paypal account summary for Harris/TCNiSO |
| 31 | GoDaddy invoice for tcniso.net |

Respectfully submitted,

CARMEN M. ORTIZ
Acting United States Attorney

By:   /s/ *Adam Bookbinder*
Adam J. Bookbinder
Assistant U.S. Attorney
Mona Sedky
Department of Justice Trial Attorney

CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                */s/ Adam J. Bookbinder*

Dated: February 2, 2012