UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 09-10243-MLW |
| | ) | |
| RYAN HARRIS | ) | |

DEFENDANT'S MOTION IN LIMINE: Re: TCNISO FORUM

Defendant Ryan Harris respectfully moves, pursuant to Fed. R. Evid. 403 and 801, 47 U.S.C. § 230(c)(1), and his Constitutional Right to Due Process, to exclude the excerpts from and testimony about the TCNISO user forum. Harris objects to the introduction of such testimony and posts because they are hearsay to which no exception applies, are statutorily protected speech, and are not relevant evidence under Fed. R. Evid. 403.

Defendant submits a memorandum in support.

RYAN HARRIS
By his attorney,

/s/ Charles P. McGinty

Charles P. McGinty
 B.B.O. #333480
Federal Defender Office
51 Sleeper Street
Boston, MA  02210
Tel: 617-223-8061

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 3, 2012.

/s/ Charles P. McGinty
Charles P. McGinty