UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.  09-10243-MLW |
| | ) | |
| v. | ) | |
| | ) | |
| RYAN HARRIS, | ) | |
| | ) | |
| Defendant | ) | |

**GOVERNMENT'S MOTION IN LIMINE TO ADMIT CHAT LOGS**

The government asks the Court to admit Exhibits 5, 6, 10, 17, 19 and 21, which are excerpts of logs of on-line chat sessions between Harris and others.  The nature of the statements by others that the government will be offering is described in the memorandum in support of this motion, as is the basis for admissibility for each statement.

Respectfully submitted,

CARMEN M. ORTIZ
Acting United States Attorney

By:    /s/ Adam Bookbinder
Adam J. Bookbinder
Assistant U.S. Attorney
Mona Sedky
Department of Justice Trial Attorney

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

   /s/ Adam J. Bookbinder

Dated: February 3, 2012