UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 09-10243-MLW |
| | ) | |
| v. | ) | |
| | ) | |
| RYAN HARRIS, | ) | |
| | ) | |
| Defendant | ) | |

**GOVERNMENT'S MOTION IN LIMINE
TO ADMIT TCNiSO WEBSITE POSTS**

The government asks the Court to admit Exhibits 22-24, which are posts on the tcniso.net website forms by Harris and TCNiSO customers. The nature of the statements by the customers that the government will be offering is described in the memorandum in support of this motion, as is the basis for admissibility for each statement.

Respectfully submitted,

CARMEN M. ORTIZ
Acting United States Attorney

By:   /s/ Adam Bookbinder
Adam J. Bookbinder
Assistant U.S. Attorney
Mona Sedky
Department of Justice Trial Attorney

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

  /s/ Adam J. Bookbinder

Dated: February 2, 2012