UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.  09-10243-MLW |
| | ) | |
| v. | ) | |
| | ) | |
| RYAN HARRIS, | ) | |
| | ) | |
| Defendant | ) | |

## GOVERNMENT'S MOTION IN LIMINE
## TO ADMIT PRIVATE MESSAGES

The government asks the Court to admit Exhibit 28, which contains private messages between Harris and others.  The nature of the statements by Harris and others that the government will be offering is described in the memorandum in support of this motion, as is the basis for admissibility for each statement.

                        Respectfully submitted,

                        CARMEN M. ORTIZ
                        Acting United States Attorney

By:      */s/ Adam Bookbinder*
           Adam J. Bookbinder
           Assistant U.S. Attorney
           Mona Sedky
           Department of Justice Trial Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                        */s/ Adam J. Bookbinder*

Dated: February 3, 2012