UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.  09-10243-MLW |
| | ) | |
| v. | ) | |
| | ) | |
| RYAN HARRIS, | ) | |
| | ) | |
| Defendant | ) | |

## GOVERNMENT'S MOTION IN LIMINE
## TO ADMIT CO-CONSPIRATOR TESTIMONY

The government asks the Court to admit testimony by co-conspirators Craig Phillips, Isabella Lindquist, and Nathan Hanshaw about conversations they had with Harris.  The nature of the testimony that the government will be offering is described in the memorandum in support of this motion, as is the basis for admissibility for that testimony.

                        Respectfully submitted,

                        CARMEN M. ORTIZ
                        Acting United States Attorney

By:     */s/ Adam Bookbinder*
         Adam J. Bookbinder
         Assistant U.S. Attorney
         Mona Sedky
         Department of Justice Trial Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                        */s/ Adam J. Bookbinder*

Dated: February 3, 2012