UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 09-10243-MLW |
| | ) | |
| RYAN HARRIS | ) | |

DEFENDANT'S MOTION IN LIMINE: Re: CHAT LOGS

Defendant Ryan Harris respectfully moves, pursuant to Federal Rules of Evidence 403, 801, and 901 and his Constitutional Right to Due Process, to exclude excerpts from and testimony about online chat conversations between himself and other individuals as well as between other individuals. This evidence is hearsay to which no exception applies, irrelevant under Rule 403, and cannot be properly authenticated.

Harris submits a memorandum in support of this motion.

RYAN HARRIS
By his attorney,

/s/ Charles P. McGinty

Charles P. McGinty
 B.B.O. #333480
Federal Defender Office
51 Sleeper Street
Boston, MA  02210
Tel: 617-223-8061

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 3, 2012.

/s/ Charles P. McGinty
Charles P. McGinty