UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
|                                                           ) | |
| v.                                                        ) | CRIMINAL NO. 09-10243-MLW |
|                                                           ) | |
| RYAN HARRIS                                 ) | |

DEFENDANT'S MOTION IN LIMINE: Re: TESTIMONY PROPOSED
IN GOVERNMENT'S TRIAL BRIEF

Defendant Ryan Harris respectfully moves, pursuant to Federal Rules of Evidence 403, 404(b), 602, 702, and 801 and his Constitutional Right to Due Process, to exclude portions of the testimony that the government expects to elicit from its witnesses as outlined in the government's Trial Brief.

Harris submits a memorandum in support of this motion.

                                                                                        RYAN HARRIS
                                                                                        By his attorney,

                                                                                        /s/ Charles P. McGinty

                                                                                        Charles P. McGinty
                                                                                         B.B.O. #333480
                                                                                        Federal Defender Office
                                                                                        51 Sleeper Street
                                                                                        Boston, MA  02210
                                                                                        Tel: 617-223-8061


CERTIFICATE OF SERVICE

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 3, 2012.

                                                                                        /s/ Charles P. McGinty

                                                                                        Charles P. McGinty