UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 09-10243-MLW |
| | ) | |
| RYAN HARRIS | ) | |

DEFENDANT'S MOTION FOR ADDITIONAL TIME TO REVIEW
AND OBJECT TO NEW GOVERNMENT EXHIBITS

    Defendant Ryan Harris respectfully asks this Court for additional time in which to file motions in limine related to new exhibits and discovery that counsel received from the government yesterday in the regular mail pick-up from the U.S. Attorney's Office. Counsel has not yet had time to review these materials. However, at least one of these exhibits, containing messages that were sent to Harris, are objectionable for reasons similar to those contained in the motions in limine he has already filed. Harris asks this Court for additional time in which to file a motion in limine specifically addressing this proposed exhibit as well as any other issues he may discover in the recently provided documents.

                                                                                          RYAN HARRIS
                                                                                          By his attorney,

                                                                                        /s/ Charles P. McGinty

                                                                                       Charles P. McGinty
                                                                                         B.B.O. #333480
                                                                                      Federal Defender Office
                                                                                      51 Sleeper Street
                                                                                      Boston, MA 02210
                                                                                      Tel: 617-223-8061

CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 3, 2012.

                                                 /s/ Charles P. McGinty

                                                 Charles P. McGinty