UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 09-10243-MLW |
| ) | |
| ) | |
| RYAN HARRIS ) | |

<u>ORDER</u>

The United States Marshal Service is hereby ordered, pursuant to 18 U.S.C. § 4285, to provide the defendant in the above-captioned case with round trip airfare to travel from Redmond, Oregon to Boston, Massachusetts, with arrival in Boston no later than Monday, February 20, 2012, and with lodging near the courthouse from his arrival date and thereafter for the duration of his trial, which begins on Tuesday, February 21, 2012.

 

_____
Hon. Mark L. Wolf
Chief United States District Judge

Date: