Case 1:09-cr-10243-MLW   Document 100   Filed 02/03/12   Page 1 of 2

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 09-10243-MLW |
| | ) | |
| RYAN HARRIS | ) | |

### DEFENDANT'S MOTION FOR ADDITIONAL TIME TO REVIEW AND OBJECT TO NEW GOVERNMENT EXHIBITS

Defendant Ryan Harris respectfully asks this Court for additional time in which to file motions in limine related to new exhibits and discovery that counsel received from the government yesterday in the regular mail pick-up from the U.S. Attorney's Office. Counsel has not yet had time to review these materials. However, at least one of these exhibits, containing messages that were sent to Harris, are objectionable for reasons similar to those contained in the motions in limine he has already filed. Harris asks this Court for additional time in which to file a motion in limine specifically addressing this proposed exhibit as well as any other issues he may discover in the recently provided documents.

*[Handwritten note:]* ALLOWED. If possible, any such motion shall be filed by February 6, 2012, at 9:30 a.m. If that is not reasonably feasible, such a schedule for such motion(s) will be discussed at the Feb. 7, 2012 hearing. Wolf DJ Feb 3, 2012

RYAN HARRIS
By his attorney,

/s/ Charles P. McGinty

Charles P. McGinty
 B.B.O. #333480
Federal Defender Office
51 Sleeper Street
Boston, MA  02210
Tel: 617-223-8061

CERTIFICATE OF SERVICE