UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.  09-10243-MLW |
| | ) | |
| v. | ) | |
| | ) | |
| RYAN HARRIS, | ) | |
| | ) | |
| Defendant | ) | |

**GOVERNMENT'S LIST OF CO-CONSPIRATORS
FOR FED. R. EVID. 801(d)(2)(E) PURPOSES**

The government intends to offer out-of-court statements by the following people under the co-conspirator exception to the hearsay rule (Fed. R. Evid. 801(d)(2)(E)):

Craig Phillips

Isabella Lindquist

The person using the on-line name "Mr. T"

The person using the on-line name "MooreR"

The person using the on-line name "LVNeptune"

Joel Ort (a/k/a "dj212")

Sean Davidson (a/k/a "Sean19661")

Andrew Speer (a/k/a "aspeer")

Boris Blinderman (a/k/a "liveitup278")

Jason Ea (a/k/a "bored7one4")

                        Respectfully submitted,

                        CARMEN M. ORTIZ
                        Acting United States Attorney

By:    */s/ Adam Bookbinder*
              Adam J. Bookbinder
              Assistant U.S. Attorney
              Mona Sedky
              Department of Justice Trial Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                        */s/ Adam J. Bookbinder*

Dated: February 7, 2012