UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 09-10243-MLW |
| | ) | |
| v. | ) | |
| | ) | |
| RYAN HARRIS, | ) | |
| | ) | |
| Defendant | ) | |

**GOVERNMENT'S LIST OF CASES DISCUSSING**
**AIDING AND ABETTING UNKNOWN PRINCIPAL**

The following cases support the proposition that a defendant can be convicted for aiding and abetting an unknown principal. The government notes, however, that the defendant here had the name and address of his customers and had several forms of electronic communication with these customers.

*U.S. v. Lawson*, 872 F.2d 179 (6th Cir. 1989)

*U.S. v. Blitz*, 533 F.2d 1329 (2d Cir. 1976)

*U.S. v. White*, 366 F.2d 474 (10th Cir. 1966)

                                          Respectfully submitted,

                                          CARMEN M. ORTIZ
                                          Acting United States Attorney

By:    */s/ Adam Bookbinder*
            Adam J. Bookbinder
            Assistant U.S. Attorney
            Mona Sedky
            Department of Justice Trial Attorney

CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

      */s/ Adam J. Bookbinder*

Dated: February 7, 2012