UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>)<br>RYAN HARRIS )  | CRIMINAL NO. 09-10243-MLW |

### DEFENDANT'S MOTION FOR TRAVEL AND LODGING EXPENSES

Defendant Ryan Harris respectfully moves this Court, pursuant to 18 U.S.C. §4285, for an order directing the U.S. Marshals Service to provide him with funds for round-trip travel between Redmond, Oregon and Boston, Massachusetts and as many nights' lodging as may be necessary for him to stay in Boston during his trial, which commences on February 21, 2011.

As grounds for this motion, undersigned counsel states that Mr. Harris has been found indigent for purposes of defending this criminal case. This trial is likely to last at least two weeks. The defendant will need lodgings here in Boston at a location near the courthouse (so as to be readily available to his counsel) for the duration of the trial, and he cannot afford these lodgings from his own resources. A copy of a proposed order is attached.

*Allowed. The Marshal Service shall arrange for defendant to arrive in Boston no later than February 20, 2012. Pretrial Service shall arrange for his lodging.*

*Wolf DJ  Feb. 8, 2012*