| Username | Last Name | First Name | Address | City | State | Phone | Email | Product |
|---|---|---|---|---|---|---|---|---|
| dj212 | ort | joel | | | | | | BlackcatUSB (Version 1.2) |
| sean19661 | Davidson | Sean | | | | | | Solderless Adapter (10 pack) |
| aspeer | Speer | Andrew | | | | | | SB5100 Combo |
| aspeer | Speer | Andrew | | | | | | SB5100 Combo |
| liveitup278 | Blinderman | Boris   1 | | | | | | RS-232 V2 Board |
| liveitup278 | Blinderman | Boris   1 | | | | | | T-10 Screwdriver |
| liveitup278 | blinderman | boris   1 | | | | | | SB5100 (Combo) |
| bored7one4 | Ea | Jason | | | | | | "Hacking the Cable Modem" |
| bored7one4 | Ea | Jason | | | | | | SB5100 BlackcatUSB (Combo) |
| bored7one4 | Ea | Jason | | | | | | "Hacking the Cable Modem" |
| bored7one4 | Ea | Jason | | | | | | SB5100 BlackcatUSB (Combo) |

| Product ID | Price | Amount | Total | Payment Method | Date_1 | Date | Customer Notes | Total Posts |
|---|---|---|---|---|---|---|---|---|
| 29.00 | 39.99 | 1.00 | 39.99 | PayPal (PayPal) | 1,231,444,227.00 | 1/8/2009 | send asap | 54 |
| 15.00 | 29.99 | 1.00 | 29.99 | PayPal (PayPal) | 1,181,833,645.00 | 6/14/2007 | Awesome you Guys!! | 41 |
| 4.00 | 99.99 | 1.00 | 99.99 | dit Card (USA only) (AuthorizeNet: A | 1,182,999,347.00 | 6/28/2007 | | 3 |
| 4.00 | 99.99 | 1.00 | 99.99 | PayPal (PayPal) | 1,182,999,802.00 | 6/28/2007 | Credit card billing address may still be 203B southpointe, Edwardsville, IL 62025 because im not sure if the change has gone through yet | 3 |
| 3.00 | 23.99 | 1.00 | 23.99 | PayPal (PayPal) | 1,191,019,671.00 | 9/28/2007 | | 1 |
| 18.00 | 3.99 | 1.00 | 3.99 | PayPal (PayPal) | 1,191,019,671.00 | 9/28/2007 | | 1 |
| 4.00 | 103.98 | 1.00 | 103.98 | PayPal (PayPal) | 1,193,211,606.00 | 10/24/2007 | | 1 |
| 9.00 | 17.99 | 1.00 | 17.99 | dit Card (USA only) (AuthorizeNet: A | 1,237,611,080.00 | 3/21/2009 | | |
| 36.00 | 99.99 | 1.00 | 99.99 | dit Card (USA only) (AuthorizeNet: A | 1,237,611,080.00 | 3/21/2009 | | |
| 9.00 | 17.99 | 1.00 | 17.99 | dit Card (USA only) (AuthorizeNet: A | 1,237,611,140.00 | 3/21/2009 | | |
| 36.00 | 99.99 | 1.00 | 99.99 | dit Card (USA only) (AuthorizeNet: A | 1,237,611,140.00 | 3/21/2009 | | |