UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 09-10243-MLW |
| | ) | |
| v. | ) | |
| | ) | |
| RYAN HARRIS, | ) | |
| | ) | |
| Defendant | ) | |

**GOVERNMENT'S WITNESS AND EXHIBIT ORDER**

The government intends to call its witnesses in the order set out below and offer the following exhibits with each:

| Witness | Exhibit |
|---|---|
| Craig Phillips | 1, 2, 3, 5, 6, 10, 17, 18, 19, 20, 21, 26, 29 |
| Christopher Kohler | |
| Isabella Lindquist | 6 |
| Benjamin Brodfuehrer | 8, 9 |
| Jose Larosa | 15 |
| William Madeira | |
| Nathan Hanshaw | 10, 11, 12, 27 |
| GoDaddy Record Keeper | 4, 31 |
| Timothy Russell | 2, 3, 4, 7, 13, 14, 16, 17-21, 22-24, 28 |
| Jason Ryan | 4, 25, 30, 31 |

Respectfully submitted,

CARMEN M. ORTIZ
Acting United States Attorney

By:   /s/ Adam Bookbinder
Adam J. Bookbinder
Assistant U.S. Attorney
Mona Sedky
Department of Justice Trial Attorney

## CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                              */s/ Adam J. Bookbinder*

Dated: February 14, 2012