UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 09-10243-MLW |
| | ) | |
| | ) | |
| RYAN HARRIS | ) | |

SUMMARY OF DEFENDANT'S OBJECTIONS
TO GOVERNMENT EXHIBITS

In accordance with the Court's order of February 9, 2012, Ryan Harris respectfully submits a chart summarizing his current objections to the government's proposed exhibits, following the sequence of exhibits discussed in the Government's Witness and Exhibit Order. Harris intends this summary chart as an aid for the Court, and reserves his right to make any and all objections at trial, including those not listed below.

**Exhibits:**

| WITNESS | GOV. EX. # | SUMMARY OF CURRENT OBJECTIONS |
|---|---|---|
| Craig Phillips | 1 | None at this time. |
| Craig Phillips | 2 | None at this time. |
| Craig Phillips | 3 | Pages 3-6 Only: Relevance (Rule 403); Other Bad Acts (Rule 404(b)); Hearsay (Rule 802). |
| Craig Phillips | 5 | Relevance (Rule 403); Other Bad Acts (Rule 404(b)); Hearsay (Rule 802); Authentication (Rule 901). |
| Craig Phillips | 6 | Relevance (Rule 403); Other Bad Acts (Rule 404(b)); Hearsay (Rule 802); Authentication (Rule 901). |
| Craig Phillips | 10 | None at this time. |
| Craig Phillips | 17 | Relevance (Rule 403); Other Bad Acts (Rule 404(b)); Hearsay (Rule 802); Authentication (Rule 901). |

| Craig Phillips | 18 | Relevance (Rule 403); Other Bad Acts (Rule 404(b); Hearsay (Rule 802); Authentication (Rule 901). |
| Craig Phillips | 19 | Relevance (Rule 403); Other Bad Acts (Rule 404(b)); Hearsay (Rule 802); Authentication (Rule 901). |
| Craig Phillips | 20 | Relevance (Rule 403); Other Bad Acts (Rule 404(b)); Hearsay (Rule 802); Authentication (Rule 901). |
| Craig Phillips | 21 | Relevance (Rule 403); Other Bad Acts (Rule 404(b)); Hearsay (Rule 802); Authentication (Rule 901). |
| Craig Phillips | 26 | None at this time. |
| Craig Phillips | 29 | None at this time. |
| Christopher Kohler | N/A | N/A. |
| Isabella Lindquist | 6 | Relevance (Rule 403); Other Bad Acts (Rule 404(b)); Hearsay (Rule 802); Authentication (Rule 901). |
| Benjamin Brodfuehrer | 8 | Relevance (Rule 403). |
| Benjamin Brodfuehrer | 9 | Relevance (Rule 403). |
| Jose LaRosa | 15 | None at this time. |
| William Madeira | N/A | N/A |
| Nathan Hanshaw | 10 | None at this time. |
| Nathan Hanshaw | 11 | Relevance (Rule 403); Other Bad Acts (Rule 404(b)); Hearsay (Rule 802). |
| Nathan Hanshaw | 12 | Relevance (Rule 403); Other Bad Acts (Rule 404(b)); Hearsay (Rule 802). |
| Nathan Hanshaw | 27 | None at this time. |
| GoDaddy Record Keeper | 4 | Hearsay (Rule 802). |
| GoDaddy Record Keeper | 31 | None at this time. |
| Timothy Russell | 2 | None at this time. |
| Timothy Russell | 3 | Hearsay (Rule 802) (Pages 3-6 only). |
| Timothy Russell | 4 | Hearsay (Rule 802). |

| Timothy Russell | 7 | None at this time (with the understanding that the entire book will be admitted as evidence). |
|---|---|---|
| Timothy Russell | 13 | None at this time. |
| Timothy Russell | 14 | Authentication (Rule 901). |
| Timothy Russell | 16 | None at this time. |
| Timothy Russell | 17 | Relevance (Rule 403); Other Bad Acts (Rule 404(b)); Hearsay (Rule 802); Authentication (Rule 901). |
| Timothy Russell | 18 | Relevance (Rule 403); Other Bad Acts (Rule 404(b)); Hearsay (Rule 802); Authentication (Rule 901). |
| Timothy Russell | 19 | Relevance (Rule 403); Other Bad Acts (Rule 404(b)); Hearsay (Rule 802); Authentication (Rule 901). |
| Timothy Russell | 20 | Relevance (Rule 403); Other Bad Acts (Rule 404(b)); Hearsay (Rule 802); Authentication (Rule 901). |
| Timothy Russell | 21 | Relevance (Rule 403); Other Bad Acts (Rule 404(b)); Hearsay (Rule 802); Authentication (Rule 901). |
| Timothy Russell | 22 | Relevance (Rule 403); Other Bad Acts (Rule 404(b)); Hearsay (Rule 802). |
| Timothy Russell | 23 | Relevance (Rule 403); Other Bad Acts (Rule 404(b)); Hearsay (Rule 802). |
| Timothy Russell | 24 | Relevance (Rule 403); Other Bad Acts (Rule 404(b)); Hearsay (Rule 802). |
| Timothy Russell | 28 | Relevance (Rule 403); Other Bad Acts (Rule 404(b)); Hearsay (Rule 802). |
| Jason Ryan | 4 | Hearsay (Rule 802). |
| Jason Ryan | 25 | Relevance (Rule 403). |
| Jason Ryan | 30 | None at this time. |
| Jason Ryan | 31 | None at this time. |

RYAN HARRIS
By his attorney,

/s/ Charles P. McGinty

Charles P. McGinty
 B.B.O. #333480
Federal Defender Office
51 Sleeper Street
Boston, MA  02210
Tel: 617-223-8061

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 16, 2012.

/s/ Charles P. McGinty

Charles P. McGinty