UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA   )<br>)<br>v.   )<br>)<br>RYAN HARRIS,   )<br>)<br>Defendant   ) | Case No.  09-10243-MLW |

## DISMISSAL OF COUNTS EIGHT AND NINE
## OF THE SUPERSEDING INDICTMENT

Pursuant to FRCP 48(a), the United States Attorney for the District of Massachusetts, Carmen M. Ortiz, hereby dismisses Counts Eight and Nine of the Superseding Indictment charging RYAN HARRIS with wire fraud, in violation of 18 U.S.C. §3143.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

2/16/12
Date

By: _____
JAMES LANG,
Chief, Criminal Division
JOHN T. McNEIL
Deputy Chief, Criminal Division

_____
Adam Bookbinder, Assistant U.S. Attorney
Mona S. Sedky, DOJ Trial Attorney

Leave to File Granted:

_____
Hon. Mark L. Wolf, Chief Judge
United States District Court

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                               /s/ Adam J. Bookbinder

Dated: February 16, 2012