UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 09-10243-MLW |
| | ) | |
| v. | ) | |
| | ) | |
| RYAN HARRIS, a/k/a DerEngel, | ) | |
| | ) | |
| Defendant | ) | |

## APPLICATION

Carmen M. Ortiz, United States Attorney for the District of Massachusetts, hereby applies to this Court, pursuant to Title 18, United States Code, Section 6003, for an Order requiring Isabella Lindquist to testify at trial and provide other information in the above-captioned case before the U.S. District Court for the District of Massachusetts. In support of this application, the Government respectfully alleges as follows:

1.  Lindquist will be called as a witness at the trial in the above-captioned case.

2.  It is likely that Lindquist will refuse to testify or provide other information on the basis of Lindquist's privilege against self-incrimination.

3.  In the judgment of the United States Attorney, the testimony of Lindquist may be necessary to the public interest.

4.  This Application is made with the approval of Greg D. Andres, Deputy Assistant Attorney General of the Criminal Division of the United States Department of Justice, pursuant to the authority vested by Title 18, United States Code, Section 6003(b) and 28 C.F.R. Section 0.175(a). A copy of the letter from the Deputy Assistant Attorney General expressing such approval is attached

hereto, and incorporated herein.

WHEREFORE, the United States Attorney requests that this Court issue an Order pursuant to Sections 6002 and 6003 of Title 18, United States Code, requiring Isabella Lindquist to give testimony and provide other information relating to all matters about which Lindquist may be examined in the trial in the above-captioned case.

Respectfully submitted,

*Carmen M. Ortiz*
CARMEN M. ORTIZ
United States Attorney

Date: 2/5/12

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                /s/ Adam J. Bookbinder

Dated: February 5, 2012