

U.S. Department of Justice

Criminal Division

---

Washington, D.C. 20530

MAR - 4 2011

The Honorable Carmen M. Ortiz
United States Attorney
1 Courthouse Way
John Joseph Moakley Courthouse
Boston, Massachusetts 02210

Attention:   Adam Bookbinder
             Assistant United States Attorney

Re:   *United States v. Ryan Harris and TCNISO*

Dear Ms. Ortiz:

     Pursuant to the authority vested in me by 18 U.S.C. § 6003(b) and 28 C.F.R. § 0.175(a), I hereby approve your request for authority to apply to the United States District Court for the District of Massachusetts for an order pursuant to 18 U.S.C. §§ 6002-6003 requiring Isabella Lindquist to give testimony or provide other information in the above matter and in any further proceedings resulting therefrom or ancillary thereto, provided that the witness refuses to testify or provide information on the basis of the privilege against self-incrimination.

                                     Sincerely,

                                       Lanny A. Breuer
                                       Assistant Attorney General

GREG D. ANDRES
DEPUTY ASSISTANT ATTORNEY GENERAL
CRIMINAL DIVISION