UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA  ) | Case No.  09-10243-MLW |
| ) | |
| v.                                                 ) | |
| ) | |
| RYAN HARRIS, a/k/a DerEngel,         ) | |
| ) | |
| Defendant                        ) | |

ORDER

This matter is before the Court on the Application of Carmen M. Ortiz, United States Attorney for the District of Massachusetts, for an Order requiring Isabella Lindquist to give testimony or provide other information pursuant to the provisions of Title 18, United States Code, Sections 6002 and 6003.

Upon consideration of the Application of the United States Attorney and it appearing to the satisfaction of this Court that:

1. Lindquist will be called as a witness at the trial in the above-captioned case before the U.S. District Court for the District of Massachusetts;

2. It is likely that Lindquist will refuse to testify or provide other information on the basis of Lindquist's privilege against self-incrimination;

3. In the judgment of the United States Attorney, the testimony or other information from Lindquist may be necessary to the public interest; and

4. The Application filed herein has been made with the approval of Greg D. Andres, Deputy Assistant Attorney General of the Criminal Division of the Department of Justice, pursuant to the authority vested by Title 18, United States Code, Section 6003(b) and Title 28, C.F.R., Section

0.175(a).

NOW, THEREFORE, if Isabella Lindquist shall refuse, on the basis of her privilege against self-incrimination, to testify or provide other information in a proceeding before the U.S. District Court, IT IS ORDERED, pursuant to Title 18, United States Code, Sections 6002 and 6003, that Lindquist shall give testimony or provide other information as to all matters about which she may be interrogated before the U.S. District Court.

IT IS FURTHER ORDERED that no testimony or other information compelled under this Order (or any information directly or indirectly derived from such testimony or other information) may be used against Isabella Lindquist in any criminal case except a prosecution for perjury, giving a false statement or otherwise failing to comply with this Order.

_____
Hon. Mark L. Wolf
CHIEF U.S. DISTRICT JUDGE

DATE:_____