

**TCNiSO** — Assembly Specific Experts Forum

Board index ‹ TCNiSO Development Discussions ‹ DOCSIS

FAQ   Register   Login

# DOCSIS

**Moderators:** Michal, dstrac99d

Post a new topic    Search this forum…  [Search]

85 topics • Page 1 of 2 • [1] [2]

| TOPICS | | REPLIES | VIEWS | LAST POST |
|---|---|---|---|---|
| **cablevision**<br>by goku348 on Sat Sep 13, 2008 2:02 am | | 0 | 19 | by goku348<br>on Sat Sep 13, 2008 2:02 am |
| **charter00.cm**<br>by djraziel127 on Sun Jun 22, 2008 4:24 pm | | 1 | 136 | by tytiiiore<br>on Fri Sep 12, 2008 8:37 pm |
| **BPI+ Cox Las Vegas**<br>by recoil on Tue Aug 26, 2008 12:47 am | | 1 | 68 | by tytiiiore<br>on Fri Sep 12, 2008 8:36 pm |
| **Comcast Mac Trade**<br>by rowdy on Wed Sep 05, 2007 12:51 pm | [1][2] | 27 | 5136 | by intelonetwo<br>on Wed Aug 27, 2008 2:53 pm |
| **Cox (Motorola SB5120) Is this cablemodem can get blackcat?**<br>by Choppergage on Wed Aug 20, 2008 10:30 pm | | 2 | 142 | by Choppergage<br>on Sun Aug 24, 2008 9:50 pm |
| **comcast-nj Mac's**<br>by jtrejo on Wed Jan 16, 2008 12:23 am | | 1 | 437 | by noba2278<br>on Fri Aug 01, 2008 11:22 pm |
| **ANY1 WANT TO TRADE MACS**<br>by catseemouse on Tue Jan 29, 2008 10:50 pm | | 5 | 738 | by noba2278<br>on Fri Aug 01, 2008 11:22 pm |
| **Charter mac exchange**<br>by leidong on Wed Jul 30, 2008 9:00 am | | 1 | 81 | by noba2278<br>on Fri Aug 01, 2008 11:21 pm |
| **The Road Runner Guide To The Internet**<br>by da_doors1106 on Tue Mar 18, 2008 7:28 pm | [1][2] | 22 | 1871 | by dynasty<br>on Fri Jul 25, 2008 11:53 pm |
| **ROAD RUNNER (RR) USA**<br>by Guest on Mon Apr 18, 2005 7:37 pm | [1] … [29][30][31] | 618 | 139379 | by Danny1976<br>on Mon Jul 21, 2008 12:00 pm |

| Topic | Replies | Views | Last post |
|---|---|---|---|
| COX San Diego<br>by transam98 on Wed Jul 16, 2008 1:38 pm | 2 | 138 | by transam98<br>on Fri Jul 18, 2008 8:03 pm |
| Cable box DCT-5100<br>by eddymvp on Thu Jul 10, 2008 6:51 pm | 1 | 168 | by eddymvp<br>on Mon Jul 14, 2008 7:41 am |
| Motorola surfboard sb5102<br>by axle on Sun Jul 13, 2008 8:19 pm | 1 | 116 | by LeMMiNGS<br>on Mon Jul 14, 2008 12:57 am |
| Advanced Cable ISP south florida<br>by brian420 on Tue Apr 08, 2008 1:57 pm | 3 | 336 | by Jean101<br>on Sat Jul 05, 2008 1:17 am |
| Cox Communications (USA) Configs<br>by yourwhiteshadow on Thu Apr 28, 2005 6:42 pm [1] ... [8] [9] [10] | 191 | 51525 | by hatchetman<br>on Tue Jul 01, 2008 9:59 pm |
| sb 5100<br>by Woore on Fri Jun 20, 2008 10:07 pm | 0 | 183 | by Woore<br>on Fri Jun 20, 2008 10:07 pm |
| sb5100 mac & conf for NYC ( cable vision or optimum )<br>by mejifel on Thu Jan 24, 2008 2:52 pm | 3 | 663 | by eskwana<br>on Thu Jun 19, 2008 5:38 pm |
| Cox LV problems<br>by MMR on Thu Mar 27, 2008 3:40 pm | 5 | 382 | by pem<br>on Sun Jun 15, 2008 7:41 pm |
| SB5100 X2 128 on Cox Communications<br>by Sandhawk on Wed Feb 06, 2008 12:41 am | 1 | 546 | by loco1172<br>on Sat Jun 07, 2008 10:49 pm |
| Rogers Modem<br>by menan on Thu Jun 05, 2008 1:52 pm | 0 | 153 | by menan<br>on Thu Jun 05, 2008 1:52 pm |
| Bright House<br>by manya on Tue Mar 25, 2008 12:42 pm | 5 | 431 | by da_doors1106<br>on Thu May 08, 2008 3:32 pm |
| firmware arris cm550a<br>by wilrog on Thu May 08, 2008 11:44 am | 0 | 140 | by wilrog<br>on Thu May 08, 2008 11:44 am |

| Topic | Replies | Views | Last post |
|---|---|---|---|
| aster cable, .do<br>by krzee on Wed Dec 05, 2007 10:36 pm | 2 | 465 | by krzee<br>on Tue May 06, 2008 2:34 pm |
| How far away can you trades macs?<br>by Twisted420 on Wed Oct 17, 2007 11:25 am | 7 | 2079 | by ictvtec<br>on Mon May 05, 2008 11:08 pm |
| Trade Macs in LV<br>by Bob35614 on Mon Apr 21, 2008 7:41 am | 9 | 565 | by madflea168<br>on Sun Apr 27, 2008 3:17 am |
| Configs, MACs or general info about MDU communications....??<br>by ownliwon on Fri Mar 14, 2008 5:49 pm | 1 | 352 | by ictvtec<br>on Thu Apr 17, 2008 5:35 pm |
| How to disable BPI and/or BPI+ on SB4200?<br>by mobilexpi on Sun Oct 14, 2007 3:13 am | 3 | 1580 | by sikeoboy1<br>on Sat Apr 12, 2008 4:08 am |
| trading mami comcat macs<br>by florida on Sun Mar 30, 2008 10:44 am | 0 | 189 | by florida<br>on Sun Mar 30, 2008 10:44 am |
| Atlantic Broadband Mac Address<br>by fedechat on Thu Sep 07, 2006 12:03 am | 8 | 1526 | by supakilla<br>on Fri Mar 28, 2008 2:23 am |
| clone bpi+ and 1.1?<br>by grifotas on Mon Mar 17, 2008 12:23 pm | 0 | 444 | by grifotas<br>on Mon Mar 17, 2008 12:23 pm |
| For California user or who knows<br>by jarr1 on Mon Mar 17, 2008 12:30 am | 0 | 182 | by jarr1<br>on Mon Mar 17, 2008 12:30 am |
| Can I use Surfboard 4200 for internal VoIP communication?<br>by amsood on Sat Mar 15, 2008 8:01 am | 0 | 189 | by amsood<br>on Sat Mar 15, 2008 8:01 am |
| ATTENTION COX VEGAS<br>by LVNeptune on Thu Oct 11, 2007 10:44 pm | 3 | 1088 | by chavezone<br>on Mon Mar 10, 2008 10:59 pm |
| Charlotte NC TWC RoadRunner SB5100<br>by swampytoadstool on Sat Feb 16, 2008 5:48 pm | 1 | 277 | by BugMan<br>on Fri Mar 07, 2008 9:49 am |
| Optimum Online<br>by narunetto on Tue Feb 26, 2008 8:57 pm | 1 | 347 | by narunetto<br>on Thu Mar 06, 2008 7:31 pm |
| Atlantic Broadband Mac Address for South Beach, FL<br>by Arsenist on Sat Feb 23, 2008 9:36 pm | 1 | 212 | by crocafort<br>on Sat Mar 01, 2008 3:43 pm |
| Help<br>by danzarjoe on Mon Feb 25, 2008 11:32 pm | 0 | 144 | by danzarjoe<br>on Mon Feb 25, 2008 11:32 pm |
| InsightBB Configs And Help<br>by Rgamer84 on Sat Jan 19, 2008 8:00 pm | 2 | 443 | by aspeer<br>on Thu Feb 14, 2008 3:07 am |
| rgv macs<br>by aicd on Thu Jan 31, 2008 4:14 am | 0 | 252 | by aicd<br>on Thu Jan 31, 2008 4:14 am |
| how to change config for sb5120<br>by mejifel on Thu Jan 31, 2008 12:58 am | 0 | 508 | by mejifel<br>on Thu Jan 31, 2008 12:58 am |

Display topics from previous: [All Topics]  Sort by [Post time]  [Descending]  [Go]    Next

Post a new topic                                                                    85 topics • Page 1 of 2 • **1** [2]

Return to Board index                                       Jump to:   DOCSIS                    [Go]

## WHO IS ONLINE

Users browsing this forum: No registered users and 1 guest

## FORUM PERMISSIONS

You **cannot** post new topics in this forum
You **cannot** reply to topics in this forum
You **cannot** edit your posts in this forum
You **cannot** delete your posts in this forum

Board index                                          The team • Delete all board cookies • All times are UTC - 4 hours

Powered by phpBB © 2000, 2002, 2005, 2007 phpBB Group