```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,     )
                              )
     v.                       )    Cr. No. 09-10243-MLW
                              )
RYAN HARRIS,                  )
     Defendant.               )
```

## ORDER

WOLF, D.J.                                        February 28, 2012

It is hereby ORDERED that the government shall bring to court on February 29, 2012, a version of the Superseding Indictment with paragraphs 1 through 54 redacted. The court will discuss with the parties whether this version of the indictment should be provided to the jury and, in that context, discuss the implications for this case of <u>United States v. Forzese</u>, 756 F.2d 217, 222 (1st Cir. 1985).


                                     /s/ Mark L. Wolf
                              UNITED STATES DISTRICT JUDGE