UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Cr. No. 09-10243-MLW |
| | ) |
| RYAN HARRIS, | ) |
| Defendant. | ) |

### VERDICT

We the jury find defendant Ryan Harris:

___Guilty_____ on Count 1

___Guilty_____ on Count 2

___Guilty_____ on Count 3

___Guilty_____ on Count 4

___Guilty_____ on Count 5

___Guilty_____ on Count 6

___Guilty_____ on Count 7

___Not Guilty_____ on Count 8

3/1/12
Date

Juror #7 [signature]
FOREPERSON