✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

### DISTRICT OF

| UNITED STATES | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| RYAN HARRIS | Case Number:  CR09-10243-MLW |

| PRESIDING JUDGE Wolf | PLAINTIFF'S ATTORNEY Bookbinder, Sedky | DEFENDANT'S ATTORNEY McGinty, Demaso |
|---|---|---|
| TRIAL DATE (S) 2/18/12,2/21/12- 2/24/12, 2/27/12-3/1/12 | COURT REPORTER Romanow | COURTROOM DEPUTY Hohler |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| A | -- | 2/18/12 | x | -- | Govt. Motion *in limine* Memorandum |
| B1 | -- | 2/22/12 | x | -- | Chalk (Government opening) - "I created..." |
| B2 | -- | 2/22/12 | x | -- | Chalk (Government opening) - "they want to..." |
| B3 | -- | 2/22/12 | x | -- | Chalk (Government opening) - "We will start..." |
| C1 | -- | 2/22/12 | x | -- | Chalk (Diagram) |
| C2 | -- | 2/22/12 | x | -- | Chalk (Diagram) |
| -- | -- | 2/22/12 | -- | -- | CRAIG PHILLIPS |
| -- | -- | 2/22/12 | -- | -- | Direct Examination by AUSA Bookbinder |
| D1 | -- | 2/22/12 | x | -- | Govt. Proposed Exhibit 5 - |
| D2 | -- | 2/22/12 | x | -- | Govt. Proposed Exhibit 6 |
| D3 | -- | 2/22/12 | x | -- | Govt. Proposed Exhibit 10 |
| D4 | -- | 2/22/12 | x | -- | Govt. Proposed Exhibit 17 |
| D5 | -- | 2/22/12 | x | -- | Govt. Proposed Exhibit 18 |
| D6 | -- | 2/22/12 | x | -- | Govt. Proposed Exhibit 19 |
| D7 | -- | 2/22/12 | x | -- | Govt. Proposed Exhibit 20 |
| D8 | -- | 2/22/12 | x | -- | Govt. Proposed Exhibit 21 |
| 5 | -- | 2/22/12 | -- | x | Portion of chat "4:56:51" |
| 1 | -- | 2/22/12 | -- | x | TCNISO, Inc. Incorporation Filing 5/15/05 |
| -- | -- | 2/22/12 | -- | -- | CRAIG PHILLIPS |
| -- | -- | 2/22/12 | -- | -- | Direct Examination by AUSA Bookbinder |
| 26 | -- | 2/23/12 | -- | x | Plea Agreement of Craig Phillips |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

✎AO 187A (Rev. 7/87)                    **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | United States | | vs. | Ryan Harris | CASE NO. CR09-10243 |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| -- | | 2/23/12 | -- | -- | Cross examination by Charles McGinty |
| -- | -- | 2/23/12 | -- | -- | CHRISTOPHER KOHLER |
| -- | -- | 2/23/12 | -- | -- | Direct Examination by AUSA Bookbinder |
| 16A | -- | 2/23/12 | -- | x | Modem (White case) |
| 16B | -- | 2/23/12 | -- | x | Modem (Orange Case) |
| -- | -- | 2/23/12 | -- | -- | ISABELLA LINDQUIST (no jury) |
| -- | -- | 2/23/12 | -- | -- | CHRISTOPHER KOHLER |
| -- | -- | 2/23/12 | -- | -- | Direct Examination by AUSA Bookbinder |
| -- | -- | 2/23/12 | -- | -- | Cross examination by Charles McGinty |
| -- | -- | 2/23/12 | -- | -- | Re-Direct Examination by AUSA Bookbinder |
| -- | -- | 2/23/12 | -- | -- | Re-Cross examination by Charles McGinty |
| -- | -- | 2/23/12 | -- | -- | Re-Direct Examination by AUSA Bookbinder |
| -- | -- | 2/23/12 | -- | -- | ISABELLA LINDQUIST |
| -- | -- | 2/23/12 | -- | -- | Direct Examination by AUSA Sedky |
| -- | -- | 2/24/12 | -- | -- | ISABELLA LINDQUIST |
| -- | -- | 2/24/12 | -- | -- | Direct Examination by AUSA Sedky. |
| 6 | -- | 2/24/12 | -- | x | Government's Proposed Revised Exhibit 6 |
| -- | -- | 2/24/12 | -- | -- | Cross examination by Charles McGinty |
| -- | -- | 2/24/12 | -- | -- | Redirect Examination by AUSA Sedky. |
| -- | -- | 2/24/12 | -- | -- | BENJAMIN BRODFEUHRER |
| -- | -- | 2/24/12 | -- | -- | Direct Examination by AUSA Sedky |
| 8 | -- | 2/24/12 | -- | x | 3 Video Clips |
| -- | -- | 2/24/12 | -- | -- | Cross examination by Charles McGinty |
| -- | -- | 2/24/12 | -- | -- | WILLIAM MADEIRA |
| -- | -- | 2/24/12 | -- | -- | Direct Examination by AUSA Bookbinder |
| -- | -- | 2/24/12 | -- | -- | Cross examination by Charles McGinty |
| -- | 33 | 2/24/12 | - | x | Madeira Cooperation Agreement. |

✎AO 187A (Rev. 7/87) **EXHIBIT AND WITNESS LIST – CONTINUATION**

| UNITED STATES | | vs. | RYAN HARRIS | | CASE NO. 09-10243 |
|---|---|---|---|---|---|

| PLF | DEF | DATE | MARK | ADMI | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| – | -- | 2/24/12 | -- | -- | JOSE LAROSA |
| -- | -- | 2/24/12 | -- | -- | Direct Examination by AUSA Sedky |
| 15 | -- | 2/24/12 | -- | x | Blackcat Disc |
| -- | E | 2/24/12 | x | -- | Registry Record Jose Delarosa |
| -- | F | 2/24/12 | x | -- | Registry Record Jose Larosa |
| -- | -- | 2/27/12 | -- | -- | NATHAN HANSHAW |
| -- | -- | 2/27/12 | -- | -- | Direct Examination by AUSA Bookbinder |
| 11 | -- | 2/27/12 | -- | x | 1/15/2007 chat summary |
| 12 | -- | 2/27/12 | -- | x | chat summary |
| 27 | -- | 2/27/12 | -- | x | Hanshaw Plea Agreement |
| -- | -- | 2/27/12 | -- | -- | Cross examination by Charles McGinty. |
| -- | 10 | 2/27/12 | -- | x | Chat summary. |
| -- | 34 | 2/27/12 | -- | x | N.H. Information |
| -- | -- | 2/27/12 | -- | -- | Redirect Examination by AUSA Bookbinder |
| -- | -- | 2/27/12 | -- | -- | Recross examination by Charles McGinty |
| -- | -- | 2/28/12 | -- | -- | Special Agent Russell |
| -- | -- | 2/28/12 | -- | -- | Direct Examination by AUSA Bookbinder |
| 2 | -- | 2/28/12 | -- | x | Screen Capture |
| 22 | -- | 2/28/12 | -- | x | Forum thread portions.. |
| 7 | -- | 2/28/12 | -- | x | Book, "Hacking the Cable Modem" |
| 30 | -- | 2/28/12 | -- | x | PayPal summary record. |
| 17 | -- | 2/28/12 | -- | x | 3 pages chats b/w DerEngel and Mr. T. |
| 18 | -- | 2/28/12 | -- | x | 1 page chats b/w Derengel and Killswitch |
| 19 | -- | 2/28/12 | -- | x | 1 page chats b/w DerEngel and XFactor |
| 20 | -- | 2/28/12 | -- | x | 1 page chats b/w DerEngel and Shagy |
| 21 | -- | 2/28/12 | -- | x | 5 pages chats b/w DerEngel and MooreR |
| -- | -- | 2/28/12 | -- | -- | Cross examination by Charles McGinty |

✎AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST – CONTINUATION

| United States | | vs. | | Ryan Harris | CASE NO. CR09-10243 |
|---|---|---|---|---|---|

| PLF | DEF | DATE | MARK | ADMI | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| -- | -- | 2/28/12 | -- | -- | Redirect Examination by AUSA Bookbinder |
| -- | -- | 2/28/12 | G | -- | Chalk |
| -- | -- | 2/29/12 | -- | -- | Voire Dire of Special Agent Russell by AUSA Bookbinder |
| -- | -- | 2/29/12 | -- | -- | Cross-examination of Special Agent Russell by Charles McGinty |
| -- | -- | 2/29/12 | H | -- | Verdict Slip. |
| -- | -- | 2/29/12 | I | -- | Redacted Superceding Indictment |
| -- | -- | 2/29/12 | -- | -- | JQ1 |
| -- | -- | 3/1/12 | J | -- | Boston Globe Story |
| -- | -- | 3/1/12 | -- | -- | JQ2-JQ3-JQ4 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |