UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CR. No. 09-10243-MLW |
| | ) |
| RYAN HARRIS, | ) |
|     Defendant, | ) |

<u>ORDER</u>

WOLF, D.J.                                                      MARCH 7, 2012

Attached to this Order is a disc containing the admitted exhibits that, pursuant to the agreement of the parties, were uploaded to the JERS presentation system and released to the Jury for use during their deliberations. The disc is marked as Exhibit "K" for identification. The Clerk shall provide a copy of the disc to counsel for each of the parties.

_____
UNITED STATES DISTRICT JUDGE