UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 09-10243-MLW |
| | ) | |
| RYAN HARRIS | ) | |

DEFENDANT'S POST-TRIAL MOTION FOR JUDGMENT OF ACQUITTAL
NOTWITHSTANDING THE VERDICT AND FOR A NEW TRIAL

Defendant, Ryan Harris, respectfully submits this motion for entry of a judgment of acquittal notwithstanding the verdict on the seven counts of conviction returned by the jury on March 1, 2012, pursuant to Federal Rule of Criminal Procedure 29(c)(1), or, in the alternative, for a new trial under Rule 33. As grounds for this motion, Harris states that the evidence, taken in the light most compatible with the verdict, is insufficient to permit a rational jury to find Harris guilty beyond a reasonable doubt and that the interests of justice require a new trial.

RYAN HARRIS
By his attorney,

/s/ Charles P. McGinty

Charles P. McGinty
 B.B.O. #333480
Federal Defender Office
51 Sleeper Street, 5th Floor
Boston, MA  02210
Tel: 617-223-8061

CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 15, 2012.

                /s/ Charles P. McGinty

                Charles P. McGinty