UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 09-10243-MLW |
| | ) | |
| RYAN HARRIS | ) | |

DEFENDANT'S RENEWED MOTION TO DISMISS, AND FOR
JUDGMENT OF ACQUITTAL, ON THE GROUNDS OF
UNCONSTITUTIONAL VAGUENESS

Defendant, Ryan Harris, respectfully renews his motion to dismiss, and moves for judgment of acquittal, on the grounds that the application of the wire fraud statute to him violates the constitutional assurance of adequate notice and due process, in violation of U.S. Constit. Art. V and VI, as unconstitutionally void for vagueness and violative of his due process rights.

Defendant submits a memorandum in support of this motion.

RYAN HARRIS
By his attorney,

/s/ Charles P. McGinty

Charles P. McGinty
 B.B.O. #333480
Federal Defender Office
51 Sleeper Street
Boston, MA  02210
Tel: 617-223-8061

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 15, 2012.

/s/ Charles P. McGinty
Charles P. McGinty