UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 09-10243-MLW |
| | ) | |
| RYAN HARRIS | ) | |

<u>MOTION TO CONTINUE SENTENCING</u>

Defendant, Ryan Harris, respectfully moves to continue the sentencing in his case, now scheduled for May 23, 2012.

As grounds for this motion undersigned counsel states that he needs additional time to prepare for sentencing. Defendant has timely filed his motion for acquittal notwithstanding the verdict. He is currently preparing for an extended trial beginning on April 23 and his time is consumed in preparation. For these reasons, he asks for a delay in sentencing now set for May 23, 2012 so that he may properly prepare for disposition. He asks for an additional four weeks.

The government, by Assistant United States Attorney Adam Bookbinder, does not object to this request.

                                               RYAN HARRIS
                                               By his attorney,

                                               /s/ Charles P. McGinty

                                               Charles P. McGinty
                                                B.B.O. #333480
                                               Federal Defender Office
                                               51 Sleeper Street, 5th Floor
                                               Boston, MA  02210
                                               Tel: 617-223-8061

CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and a copy will be sent to United States Probation Officer Michelle Roberts on April 10, 2012.

      /s/ Charles P. McGinty

      Charles P. McGinty