# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. )   CRIMINAL NO. 09-10243-MLW
)
RYAN HARRIS )

## MOTION TO CONTINUE SENTENCING

Defendant, Ryan Harris, respectfully moves to continue the sentencing in his case, now scheduled for May 23, 2012.

As grounds for this motion undersigned counsel states that he needs additional time to prepare for sentencing. Defendant has timely filed his motion for acquittal notwithstanding the verdict. He is currently preparing for an extended trial beginning on April 23 and his time is consumed in preparation. For these reasons, he asks for a delay in sentencing now set for May 23, 2012 so that he may properly prepare for disposition. He asks for an additional four weeks.

The government, by Assistant United States Attorney Adam Bookbinder, does not object to this request.

ALLOWED. Sentencing
is hereby rescheduled for
June 20, 2012, at 3:00
p.m. All related submissions
shall be filed by June 6,
2012, and all responses
shall be filed by June
13, 2012. No further
extensions will be granted.
Well. D. J. April 20, 2012

RYAN HARRIS
By his attorney,

/s/ Charles P. McGinty

Charles P. McGinty
B.B.O. #333480
Federal Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
Tel: 617-223-8061