UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 09-10243-MLW |
| | ) | |
| v. | ) | |
| | ) | |
| RYAN HARRIS, | ) | |
| | ) | |
| Defendant | ) | |

**GOVERNMENT'S ASSENTED-TO MOTION
TO CONTINUE SENTENCING FOR ONE WEEK**

The government is mindful of the Court's April 20, 2012 Order continuing the sentencing hearing in this case to June 20, 2012 and stating that no further extensions will be granted. Nonetheless, the government respectfully asks the Court, for the reasons set forth below, to consider granting a brief, one-week additional continuance.

The Court initially scheduled this sentencing for May 23, 2012. At the request of defense counsel, and with the government's assent, the Court continued the sentencing to June 20, 2012. That date falls in the middle of a week that the undersigned AUSA is scheduled to be in Florida, with several agents, interviewing witnesses in another case (*United States v. Karlis*, 10-10319-MLW*)*. The undersigned AUSA has tried to reschedule that trip but has not been successful at finding another time that would work for all involved. Furthermore, given the complexity of the issues involved in the *Harris* sentencing, it is important that both government counsel be present.

The government therefore respectfully asks the Court to consider continuing the sentencing from June 20, 2012 to a date during the week of June 25, preferably June 27 or June 29, but not the afternoon of June 28 (which does not work for defense counsel).

The defendant, through counsel, has assented to this motion.

        Respectfully submitted,

        CARMEN M. ORTIZ
        Acting United States Attorney

By:    */s/ Adam Bookbinder*
        Adam J. Bookbinder
        Assistant U.S. Attorney
        Mona Sedky
        Department of Justice Trial Attorney

## CERTIFICATE OF SERVICE

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

        */s/ Adam J. Bookbinder*

Dated: April 25, 2012