UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 09-10243-MLW |
| | ) | |
| v. | ) | |
| | ) | |
| RYAN HARRIS, | ) | |
| | ) | |
| Defendant | ) | |

### GOVERNMENT'S ASSENTED-TO MOTION
### TO CONTINUE SENTENCING FOR ONE WEEK

The government is mindful of the Court's April 20, 2012 Order continuing the sentencing hearing in this case to June 20, 2012 and stating that no further extensions will be granted. Nonetheless, the government respectfully asks the Court, for the reasons set forth below, to consider granting a brief, one-week additional continuance.

The Court initially scheduled this sentencing for May 23, 2012. At the request of defense counsel, and with the government's assent, the Court continued the sentencing to June 20, 2012. That date falls in the middle of a week that the undersigned AUSA is scheduled to be in Florida, with several agents, interviewing witnesses in another case (*United States v. Karlis*, 10-10319-MLW*).* The undersigned AUSA has tried to reschedule that trip but has not been successful at finding another time that would work for all involved. Furthermore, given the complexity of the issues involved in the *Harris* sentencing, it is important that both government counsel be present.

The government therefore respectfully asks the Court to consider continuing the sentencing from June 20, 2012 to a date during the week of June 25, preferably June 27 or June 29, but not the afternoon of June 28 (which does not work for defense counsel).

*Allowed. The sentencing is hereby Rescheduled for June 27, 2012, at 2:00 p.m.*

*Wolf, D.J*
*April 30, 2012*