**EXHIBIT A**

# The High Budgetary Cost of Incarceration

## John Schmitt, Kris Warner, and Sarika Gupta

June 2010

Center for Economic and Policy Research
1611 Connecticut Avenue, NW, Suite 400
Washington, D.C. 20009
202-293-5380
www.cepr.net

**FIGURE 1**
**Incarceration Rate per 100,000 in OECD Countries (Most Recent Year, 2008-2009)**



| Country | Rate |
|---|---|
| Iceland | 44 |
| Japan | 63 |
| Denmark | 66 |
| Finland | 67 |
| Norway | 70 |
| Sweden | 74 |
| Switzerland | 76 |
| Ireland | 85 |
| Germany | 90 |
| Italy | 92 |
| Belgium | 94 |
| France | 96 |
| South Korea | 97 |
| Austria | 99 |
| Netherlands | 100 |
| Portugal | 104 |
| Greece | 109 |
| Canada | 116 |
| Australia | 134 |
| Slovakia | 151 |
| Hungary | 152 |
| England and Wales | 153 |
| Luxembourg | 155 |
| Turkey | 161 |
| Spain | 162 |
| New Zealand | 197 |
| Czech Republic | 206 |
| Mexico | 209 |
| Poland | 224 |
| United States | 753 |

Rate per 100,000

Source: Authors' analysis of ICPS data; see appendix for details.