# Charter Damages Calculation

Min. Damages Total: $304,641.25          Max. Damages Total: $348,167.64

| State | Address | Zip Code | Modem Purchase Date | Calculation End Date | Tier Min. Rate/Month | Tier Max. Rate/Month | Min. Damages Total | Max. Damages Total |
|---|---|---|---|---|---|---|---|---|
| AL | 3577 Cobblestone Ct. | 36830 | 11/12/2008 | 10/25/2010 | $69.99 | $79.99 | $1,638.27 | $1,872.34 |
| AL | 5 West Glenn Avenue. Apt# | 36832 | 7/2/2007 | 10/25/2010 | $69.99 | $79.99 | $2,784.62 | $3,182.47 |
| AL | 17114 Ferry Road | 35611 | 1/23/2009 | 10/25/2010 | $69.99 | $79.99 | $1,472.42 | $1,682.79 |
| AL | 22095 Canebrake Ln | 35613 | 8/27/2007 | 10/25/2010 | $69.99 | $79.99 | $2,657.07 | $3,036.71 |
| AL | 2301 Wallace Ave. NE | 35967 | 8/24/2007 | 10/25/2010 | $69.99 | $79.99 | $2,663.73 | $3,044.31 |
| AL | 23 Horton Nixon Chapel Roa | 35980 | 1/2/2009 | 10/25/2010 | $69.99 | $79.99 | $1,519.05 | $1,736.09 |
| AL | 500 Webster Road Lot 127 | 36832 | 9/18/2007 | 12/21/2009 | $69.99 | $79.99 | $1,896.28 | $2,167.21 |
| CA | 3716 Grand Ave. | 90255 | 6/27/2008 | 10/25/2010 | $69.99 | $79.99 | $1,955.32 | $2,234.70 |
| CA | 11834 Dana Dr. | 92301 | 5/6/2009 | 10/25/2010 | $69.99 | $79.99 | $1,235.04 | $1,411.50 |
| CA | 252 S. Wellington PL. | 93257 | 2/13/2009 | 10/25/2010 | $69.99 | $79.99 | $1,424.05 | $1,627.52 |
| CA | 15828 bleriot st. | 92345 | 4/23/2008 | 10/25/2010 | $69.99 | $79.99 | $2,105.20 | $2,405.98 |
| CA | 9021 Cielito Street | 91701 | 3/3/2008 | 10/25/2010 | $69.99 | $79.99 | $2,220.54 | $2,537.80 |
| CA | 2725 Falling Leaf Ave | 91770 | 1/11/2009 | 10/25/2010 | $69.99 | $79.99 | $1,499.47 | $1,713.71 |
| CA | 113 Church St | 95386 | 10/11/2008 | 10/25/2010 | $69.99 | $79.99 | $1,710.07 | $1,954.40 |
| CA | 329 S 4th St. | 91801 | 10/20/2008 | 10/25/2010 | $69.99 | $79.99 | $1,691.21 | $1,932.84 |
| CA | 4591 High Street | 92507 | 8/23/2007 | 10/25/2010 | $69.99 | $79.99 | $2,665.78 | $3,046.66 |
| CA | 1780 N. Denair Ave. | 95382 | 4/23/2008 | 10/25/2010 | $69.99 | $79.99 | $2,103.90 | $2,404.50 |
| CA | 5037 E. Thompson ST Unit | 90805 | 3/23/2009 | 10/25/2010 | $69.99 | $79.99 | $1,334.74 | $1,525.44 |
| CA | 1075 montauk ln | 93001 | 1/21/2009 | 10/25/2010 | $69.99 | $79.99 | $1,476.94 | $1,687.97 |
| CA | 2033 Fernbank Ave. | 91754 | 3/20/2009 | 10/25/2010 | $69.99 | $79.99 | $1,341.53 | $1,533.20 |
| CA | 18812 E. Armstead St. | 91702 | 5/9/2009 | 10/25/2010 | $69.99 | $79.99 | $1,226.46 | $1,401.70 |
| CA | 275 s. 3rd st. #307 | 91502 | 2/22/2009 | 10/25/2010 | $69.99 | $79.99 | $1,403.46 | $1,603.98 |
| CA | 8991 Palomar Ave | 93422 | 7/29/2007 | 10/25/2010 | $69.99 | $79.99 | $2,723.48 | $3,112.60 |
| CA | 1753 Thurber Pl | 91501 | 12/19/2007 | 10/25/2010 | $69.99 | $79.99 | $2,393.42 | $2,735.38 |
| CA | 5236 Central Ave #105 | 92504 | 3/18/2008 | 10/25/2010 | $69.99 | $79.99 | $2,186.65 | $2,499.07 |
| CA | 40842 stone rd. | 92315 | 7/19/2009 | 10/25/2010 | $69.99 | $79.99 | $1,063.36 | $1,215.29 |
| CA | 649 N. CHAPMAN ST. | 91790 | 9/24/2007 | 10/25/2010 | $69.99 | $79.99 | $2,593.25 | $2,963.77 |

| State | Address | ZIP | Date 1 | Date 2 | Price 1 | Price 2 | Amount 1 | Amount 2 |
|---|---|---|---|---|---|---|---|---|
| CA | 340 Stimson ave | 93449 | 8/16/2009 | 10/25/2010 | $69.99 | $79.99 | $998.88 | $1,141.60 |
| CA | 16344 Hughes Rd. #1 | 92395 | 8/2/2007 | 10/25/2010 | $69.99 | $79.99 | $2,713.26 | $3,100.92 |
| CA | 1057 Elm Ave apt #2 | 91201 | 3/19/2008 | 10/25/2010 | $69.99 | $79.99 | $2,185.90 | $2,498.21 |
| CA | 1516 navarro ave | 91103 | 1/30/2009 | 10/25/2010 | $69.99 | $79.99 | $1,455.93 | $1,663.95 |
| CA | 232 S. Ramona Ave. #E | 91754 | 9/1/2009 | 10/25/2010 | $69.99 | $79.99 | $962.04 | $1,099.49 |
| CA | 11619 Gem st. | 90650 | 3/29/2008 | 10/25/2010 | $69.99 | $79.99 | $2,160.77 | $2,469.50 |
| CA | 1502 S. Date Ave | 91803 | 2/5/2009 | 10/25/2010 | $69.99 | $79.99 | $1,441.03 | $1,646.93 |
| CA | 338 e anaheim st. suite 101-A | 90804 | 9/21/2009 | 10/25/2010 | $69.99 | $79.99 | $916.44 | $1,047.38 |
| CA | 11903 Gonsalves St. | 90703 | 10/8/2009 | 10/25/2010 | $69.99 | $79.99 | $878.06 | $1,003.52 |
| CA | 421 Arden Ave, Unit B | 91203 | 1/3/2008 | 10/25/2010 | $69.99 | $79.99 | $2,358.58 | $2,695.57 |
| CA | 341-A Chester St. | 91203 | 8/17/2007 | 10/25/2010 | $69.99 | $79.99 | $2,680.54 | $3,063.53 |
| CA | 1545 linden av | 90813 | 11/21/2007 | 10/25/2010 | $69.99 | $79.99 | $2,457.53 | $2,808.66 |
| CA | 536 Cavanagh rd | 91207 | 8/19/2009 | 10/25/2010 | $69.99 | $79.99 | $992.29 | $1,134.07 |
| CA | 2042 pine ave | 90806 | 3/10/2009 | 10/25/2010 | $69.99 | $79.99 | $1,366.66 | $1,561.92 |
| CA | 319 Huntington Av A | 91754 | 6/5/2008 | 10/25/2010 | $69.99 | $79.99 | $2,005.26 | $2,291.77 |
| CA | 1290 elm ave. Apt # L | 91775 | 5/28/2008 | 10/25/2010 | $69.99 | $79.99 | $2,024.24 | $2,313.46 |
| CA | 150 s spruce st | 90640 | 11/25/2007 | 10/25/2010 | $69.99 | $79.99 | $2,448.67 | $2,798.53 |
| CA | 9642 Callita Street | 91007 | 1/17/2009 | 10/25/2010 | $69.99 | $79.99 | $1,485.60 | $1,697.86 |
| CA | 204 N Electric Ave | 91801 | 1/30/2009 | 10/25/2010 | $69.99 | $79.99 | $1,454.93 | $1,662.80 |
| CA | 553 East Temple Ave Unit C | 91792 | 1/17/2009 | 10/25/2010 | $69.99 | $79.99 | $1,484.44 | $1,696.54 |
| CA | 150 s spruce st | 90640 | 12/9/2007 | 10/25/2010 | $69.99 | $79.99 | $2,417.72 | $2,763.16 |
| CA | 150 s spruce st | 90640 | 8/11/2007 | 10/25/2010 | $69.99 | $79.99 | $2,693.41 | $3,078.24 |
| CA | 500 E 8TH ST 102B | 95020 | 7/18/2009 | 10/25/2010 | $69.99 | $79.99 | $1,066.94 | $1,219.38 |
| CA | 11 E. Commonwealth Ave #B | 91801 | 1/1/2009 | 10/25/2010 | $69.99 | $79.99 | $1,523.08 | $1,740.69 |
| CA | 204 N Electric Ave | 91801 | 1/6/2009 | 10/25/2010 | $69.99 | $79.99 | $1,510.12 | $1,725.89 |
| CA | 10610 Key West St | 91780 | 6/12/2007 | 10/25/2010 | $69.99 | $79.99 | $2,830.32 | $3,234.71 |
| CA | 6511 AVENUE DE PALMA | 92509 | 5/28/2009 | 10/25/2010 | $69.99 | $79.99 | $1,184.08 | $1,353.26 |
| CA | 814 merrett dr | 91104 | 11/13/2008 | 10/25/2010 | $69.99 | $79.99 | $1,633.84 | $1,867.28 |
| CA | 12645 Fair Way | 95076 | 6/18/2008 | 10/25/2010 | $69.99 | $79.99 | $1,974.78 | $2,256.94 |
| CA | 0 West Olive Avenue 2nd F | 91506 | 6/27/2007 | 10/25/2010 | $69.99 | $79.99 | $2,796.57 | $3,196.14 |
| CA | 7201 haven ave #E255 | 91701 | 9/20/2007 | 10/25/2010 | $69.99 | $79.99 | $2,600.92 | $2,972.53 |
| CA | 7512 Whitmore St | 91770 | 6/20/2008 | 10/25/2010 | $69.99 | $79.99 | $1,970.08 | $2,251.56 |
| CT | 6 Partridge Trl. | 06784 | 3/24/2008 | 10/25/2010 | $69.99 | $79.99 | $2,172.53 | $2,482.94 |
| CT | 70 Pinney Hill Rd Apt 106 | 06279 | 9/10/2007 | 10/25/2010 | $69.99 | $79.99 | $2,624.89 | $2,999.92 |

| State | Address | Zip | Date 1 | Date 2 | Price 1 | Price 2 | Amount 1 | Amount 2 |
|---|---|---|---|---|---|---|---|---|
| CT | 1601 W Main St #90-174 | 06226 | 10/30/2007 | 10/25/2010 | $69.99 | $79.99 | $2,508.26 | $2,866.64 |
| GA | 7414 woody springs Dr | 30542 | 11/21/2007 | 10/25/2010 | $69.99 | $79.99 | $2,457.61 | $2,808.74 |
| GA | 2884 waverly cove | 30518 | 3/25/2009 | 10/25/2010 | $69.99 | $79.99 | $1,330.02 | $1,520.06 |
| GA | 1435 Boggs RD APT 3339 | 30096 | 6/24/2008 | 10/25/2010 | $69.99 | $79.99 | $1,960.85 | $2,241.01 |
| GA | 2282 MARTINGALE LN | 30044 | 9/18/2009 | 10/25/2010 | $69.99 | $79.99 | $924.72 | $1,056.84 |
| GA | 1140 Pine Grove Pointe Dr. | 30075 | 4/15/2009 | 10/25/2010 | $69.99 | $79.99 | $1,282.23 | $1,465.44 |
| GA | 2675 Lee Land Rd | 30507 | 1/23/2009 | 10/25/2010 | $69.99 | $79.99 | $1,472.26 | $1,682.61 |
| GA | 929 Crossing Rock Drive | 30043 | 8/13/2008 | 10/25/2010 | $69.99 | $79.99 | $1,845.77 | $2,109.49 |
| GA | 5 East Meadowcliff Circle | 30116 | 7/8/2007 | 10/25/2010 | $69.99 | $79.99 | $2,770.95 | $3,166.86 |
| GA | 1716 Mohawk Place | 30080 | 2/27/2008 | 10/25/2010 | $69.99 | $79.99 | $2,232.81 | $2,551.83 |
| GA | 605 Cranberry Pl. | 30076 | 7/13/2008 | 10/25/2010 | $69.99 | $79.99 | $1,917.64 | $2,191.62 |
| GA | 1681 Telfair Chase Way | 30043 | 7/5/2009 | 10/25/2010 | $69.99 | $79.99 | $1,096.96 | $1,253.69 |
| GA | 310 Ruby Forest PKWY | 30024 | 1/12/2009 | 10/25/2010 | $69.99 | $79.99 | $1,496.04 | $1,709.79 |
| GA | 1141 Drewsbury Ct SE | 30080 | 11/22/2007 | 10/25/2010 | $69.99 | $79.99 | $2,455.80 | $2,806.68 |
| GA | 160 Shawnee Lane | 30248 | 7/29/2008 | 10/25/2010 | $69.99 | $79.99 | $1,881.11 | $2,149.88 |
| GA | 5463 Amber Cove Way | 30542 | 2/9/2009 | 10/25/2010 | $69.99 | $79.99 | $1,432.07 | $1,636.68 |
| GA | 3532 MULBERRY WAY | 30096 | 3/29/2008 | 10/25/2010 | $69.99 | $79.99 | $2,160.73 | $2,469.45 |
| GA | 2675 Lee Land Rd | 30507 | 1/23/2009 | 10/25/2010 | $69.99 | $79.99 | $1,472.50 | $1,682.88 |
| GA | 939 Kilgore St Apt D | 31905 | 4/15/2009 | 10/25/2010 | $69.99 | $79.99 | $1,283.78 | $1,467.21 |
| GA | 2109e lake park drive | 30080 | 3/4/2009 | 10/25/2010 | $69.99 | $79.99 | $1,380.21 | $1,577.41 |
| LA | 21425 esterbrook rd. | 70454 | 2/1/2009 | 10/25/2010 | $69.99 | $79.99 | $1,451.60 | $1,659.00 |
| LA | 40124 rue foret | 70454 | 4/2/2009 | 10/25/2010 | $69.99 | $79.99 | $1,313.41 | $1,501.07 |
| MA | 57 bennetts rd | 01566 | 12/14/2007 | 10/25/2010 | $69.99 | $79.99 | $2,406.64 | $2,750.50 |
| MA | 23 Ferry Street | 01560 | 4/3/2009 | 10/25/2010 | $69.99 | $79.99 | $1,311.36 | $1,498.73 |
| MA | 48 Seminole Ave | 01452 | 10/16/2008 | 10/25/2010 | $69.99 | $79.99 | $1,698.26 | $1,940.90 |
| MA | 61 Chatham st # 1 | 01609 | 5/7/2009 | 10/25/2010 | $69.99 | $79.99 | $1,231.95 | $1,407.96 |
| MA | 26 orne st. #1 | 01605 | 6/4/2008 | 10/25/2010 | $69.99 | $79.99 | $2,007.54 | $2,294.38 |
| MA | 208 Highland Street #3 | 01609 | 8/22/2007 | 10/25/2010 | $69.99 | $79.99 | $2,667.11 | $3,048.18 |
| MA | 17 falmouth st apt 2 | 01607 | 7/2/2009 | 10/25/2010 | $69.99 | $79.99 | $1,102.51 | $1,260.03 |
| MA | 3 Blaine Ave | 01603 | 1/16/2009 | 10/25/2010 | $69.99 | $79.99 | $1,487.01 | $1,699.47 |
| MA | 172 Chino Ave | 01605 | 7/17/2007 | 10/25/2010 | $69.99 | $79.99 | $2,751.69 | $3,144.85 |
| MA | 203 Sand Hill Road ap32 | 01450 | 8/12/2007 | 10/25/2010 | $69.99 | $79.99 | $2,690.59 | $3,075.01 |
| MI | 9469 Seagreen | 48609 | 8/31/2007 | 10/25/2010 | $69.99 | $79.99 | $2,648.41 | $3,026.80 |
| MI | 908 E Pine Street | 49938 | 8/15/2009 | 10/25/2010 | $69.99 | $79.99 | $1,003.12 | $1,146.44 |

| State | Address | Zip | Date 1 | Date 2 | Price 1 | Price 2 | Amount 1 | Amount 2 |
|---|---|---|---|---|---|---|---|---|
| MI | 538 N. Dewey St. | 48867 | 9/1/2007 | 10/25/2010 | $69.99 | $79.99 | $2,645.88 | $3,023.92 |
| MI | 8055 angell rd | 49690 | 9/15/2008 | 10/25/2010 | $69.99 | $79.99 | $1,770.29 | $2,023.22 |
| MI | 1811 high st | 49001 | 6/21/2009 | 10/25/2010 | $69.99 | $79.99 | $1,127.88 | $1,289.03 |
| MI | 4776 Huntington Dr | 49423 | 1/6/2009 | 10/25/2010 | $69.99 | $79.99 | $1,511.70 | $1,727.69 |
| MI | 5096 Lovers Ln | 49002 | 8/1/2007 | 10/25/2010 | $69.99 | $79.99 | $2,716.36 | $3,104.47 |
| MI | 7354 Pinckney Rd. | 48169 | 2/13/2009 | 10/25/2010 | $69.99 | $79.99 | $1,422.41 | $1,625.64 |
| MI | 4162 Joan dr | 49323 | 10/10/2009 | 10/25/2010 | $69.99 | $79.99 | $874.26 | $999.18 |
| MI | 215 E. Plainwell St | 49080 | 6/20/2007 | 10/25/2010 | $69.99 | $79.99 | $2,813.63 | $3,215.64 |
| MI | 8777 Park Rd | 49690 | 9/27/2007 | 10/25/2010 | $69.99 | $79.99 | $2,585.91 | $2,955.38 |
| MN | 1807 16-1/2 ST NW | 55901 | 12/27/2008 | 10/25/2010 | $69.99 | $79.99 | $1,532.84 | $1,751.84 |
| MN | 26016 BIRCH AVE APT #4 | 56468 | 12/26/2007 | 10/25/2010 | $69.99 | $79.99 | $2,378.11 | $2,717.89 |
| MO | 3 Redhead Ln | 63368 | 2/15/2009 | 10/25/2010 | $69.99 | $79.99 | $1,418.11 | $1,620.73 |
| MO | 8933 Judith Lane | 63123 | 3/13/2008 | 10/25/2010 | $69.99 | $79.99 | $2,198.00 | $2,512.04 |
| MO | 15652 manchester rd | 63011 | 3/30/2009 | 10/25/2010 | $69.99 | $79.99 | $1,320.25 | $1,508.88 |
| MO | 8088 cricket lane | 65301 | 10/4/2007 | 10/25/2010 | $69.99 | $79.99 | $2,568.47 | $2,935.44 |
| MO | 956 Mill Creek Drive | 63052 | 3/19/2009 | 10/25/2010 | $69.99 | $79.99 | $1,343.87 | $1,535.87 |
| MO | 4884 a penrose st. | 63115 | 10/6/2009 | 10/25/2010 | $69.99 | $79.99 | $883.07 | $1,009.24 |
| MO | 2290 Grants Pkwy | 63031 | 8/21/2009 | 10/25/2010 | $69.99 | $79.99 | $987.46 | $1,128.54 |
| NC | 624 north poplar street | 28092 | 11/28/2007 | 10/25/2010 | $69.99 | $79.99 | $2,441.50 | $2,790.34 |
| NC | 66 Reddick Rd. | 28805 | 10/10/2007 | 10/25/2010 | $69.99 | $79.99 | $2,554.64 | $2,919.64 |
| NC | 1918 45th Ave PL NE | 28601 | 1/11/2009 | 10/25/2010 | $69.99 | $79.99 | $1,500.25 | $1,714.61 |
| NC | 3390 N Oxford St | 28610 | 1/11/2009 | 10/25/2010 | $69.99 | $79.99 | $1,499.70 | $1,713.98 |
| NC | 3417 Pax Hill Rd. | 28655 | 4/30/2008 | 10/25/2010 | $69.99 | $79.99 | $2,087.48 | $2,385.74 |
| NE | 2407 West 24th St | 68845 | 1/11/2008 | 10/25/2010 | $69.99 | $79.99 | $2,342.38 | $2,677.06 |
| NV | 11825 Canyon Dawn Rd | 89436 | 10/25/2007 | 10/25/2010 | $69.99 | $79.99 | $2,521.52 | $2,881.79 |
| NV | 7150 Beacon Dr. | 89506 | 1/28/2009 | 10/25/2010 | $69.99 | $79.99 | $1,458.88 | $1,667.32 |
| NV | 7575 Palos Verdes Circle. | 89502 | 1/15/2009 | 10/25/2010 | $69.99 | $79.99 | $1,490.26 | $1,703.18 |
| NV | 1955 Prince Way | 89503 | 3/17/2008 | 10/25/2010 | $69.99 | $79.99 | $2,190.11 | $2,503.02 |
| NV | 6378 westwind way | 89406 | 4/27/2009 | 10/25/2010 | $69.99 | $79.99 | $1,255.91 | $1,435.35 |
| NV | 14090 winners cup dr | 89521 | 3/16/2009 | 10/25/2010 | $69.99 | $79.99 | $1,350.90 | $1,543.91 |
| SC | 109 Burgess Ave | 29609 | 6/20/2008 | 10/25/2010 | $69.99 | $79.99 | $1,970.76 | $2,252.34 |
| SC | 8350 Cedar Lane | 29303 | 12/19/2008 | 10/25/2010 | $69.99 | $79.99 | $1,552.44 | $1,774.25 |
| SC | 710 Old Chesnee Hwy | 29323 | 6/24/2009 | 10/25/2010 | $69.99 | $79.99 | $1,122.51 | $1,282.89 |
| SC | 219 earle dr | 29611 | 4/3/2009 | 10/25/2010 | $69.99 | $79.99 | $1,309.94 | $1,497.10 |

| State | Address | ZIP | Date 1 | Date 2 | Price 1 | Price 2 | Amount 1 | Amount 2 |
|---|---|---|---|---|---|---|---|---|
| SC | 338 Merrivale Ln | 29301 | 2/19/2008 | 10/25/2010 | $69.99 | $79.99 | $2,251.31 | $2,572.97 |
| SC | 3706 E. North St. Q1 | 29615 | 4/27/2008 | 10/25/2010 | $69.99 | $79.99 | $2,094.59 | $2,393.86 |
| SC | 7915 VALLEY FALLS RD. | 29303 | 7/14/2009 | 10/25/2010 | $69.99 | $79.99 | $1,075.15 | $1,228.76 |
| SC | 150 howell cir #159 | 29615 | 8/9/2007 | 10/25/2010 | $69.99 | $79.99 | $2,698.69 | $3,084.27 |
| SC | 208 TRAMROD TRAIL | 29690 | 4/15/2008 | 10/25/2010 | $69.99 | $79.99 | $2,123.73 | $2,427.16 |
| SC | 2420 marchbanks ave 10 | 29621 | 3/22/2008 | 10/25/2010 | $69.99 | $79.99 | $2,177.61 | $2,488.74 |
| SC | 55 Villa Road #112 | 29615 | 2/7/2009 | 10/25/2010 | $69.99 | $79.99 | $1,436.95 | $1,642.25 |
| TN | 500 E Kings Gate Rd | 37934 | 4/8/2009 | 10/25/2010 | $69.99 | $79.99 | $1,299.52 | $1,485.19 |
| TN | 1547 boone drive | 38506 | 6/21/2008 | 10/25/2010 | $69.99 | $79.99 | $1,969.36 | $2,250.73 |
| TN | 314 Baron Drive | 37601 | 11/17/2007 | 10/25/2010 | $69.99 | $79.99 | $2,468.99 | $2,821.75 |
| TN | 50 garey lp | 38372 | 1/15/2009 | 10/25/2010 | $69.99 | $79.99 | $1,490.45 | $1,703.41 |
| TN | 319 White Av. | 37814 | 9/20/2007 | 10/25/2010 | $69.99 | $79.99 | $2,601.95 | $2,973.71 |
| TN | 1130 Carol Lane | 38501 | 2/19/2008 | 10/25/2010 | $69.99 | $79.99 | $2,250.80 | $2,572.38 |
| TN | 641 pinehollow rd | 37321 | 8/7/2007 | 10/25/2010 | $69.99 | $79.99 | $2,703.43 | $3,089.69 |
| TN | 1913 Woodstock Dr. | 37760 | 7/1/2009 | 10/25/2010 | $69.99 | $79.99 | $1,106.58 | $1,264.69 |
| TN | 211 1/2 hillcrest st apt.3 | 37857 | 12/3/2007 | 10/25/2010 | $69.99 | $79.99 | $2,431.00 | $2,778.33 |
| TN | 319 White Av. | 37814 | 9/5/2007 | 10/25/2010 | $69.99 | $79.99 | $2,635.43 | $3,011.97 |
| TX | 337 Navajo Dr. | 76248 | 3/19/2009 | 10/25/2010 | $69.99 | $79.99 | $1,344.37 | $1,536.45 |
| TX | 605 E Mustang St | 76036 | 7/23/2009 | 10/25/2010 | $69.99 | $79.99 | $1,054.46 | $1,205.12 |
| TX | 5452 enclave cir apt 1712 | 76132 | 5/11/2009 | 10/25/2010 | $69.99 | $79.99 | $1,223.75 | $1,398.60 |
| TX | 1721 Country Crest Lane | 76063 | 4/27/2009 | 10/25/2010 | $69.99 | $79.99 | $1,254.34 | $1,433.56 |
| TX | 1025 S Rogers St. | 75165 | 5/28/2008 | 10/25/2010 | $69.99 | $79.99 | $2,024.62 | $2,313.89 |
| TX | 5105 gadsden | 76248 | 6/15/2007 | 10/25/2010 | $69.99 | $79.99 | $2,824.04 | $3,227.53 |
| TX | 27258 Wells Lane | 77385 | 7/10/2008 | 10/25/2010 | $69.99 | $79.99 | $1,925.37 | $2,200.46 |
| TX | 1302 Ashland | 77385 | 7/10/2008 | 10/25/2010 | $69.99 | $79.99 | $1,925.35 | $2,200.44 |
| TX | 2000 holley pkwy apt 2916 | 76262 | 4/1/2008 | 10/25/2010 | $69.99 | $79.99 | $2,155.44 | $2,463.40 |
| WA | 921 S 21st Ave | 98902 | 2/14/2009 | 10/25/2010 | $69.99 | $79.99 | $1,420.30 | $1,623.23 |
| WA | 14  n 15th ave | 98902 | 3/4/2009 | 10/25/2010 | $69.99 | $79.99 | $1,380.45 | $1,577.69 |
| WI | 205 Kearney Way Apt 201 | 53597 | 2/18/2009 | 10/25/2010 | $69.99 | $79.99 | $1,411.12 | $1,612.74 |
| WI | 2120 University Av #111 | 53726 | 8/28/2007 | 10/25/2010 | $69.99 | $79.99 | $2,655.26 | $3,034.64 |
| WI | 224 James Street | 53086 | 2/13/2009 | 10/25/2010 | $69.99 | $79.99 | $1,423.78 | $1,627.20 |
| WI | 1349 eagle st | 54501 | 12/25/2007 | 10/25/2010 | $69.99 | $79.99 | $2,381.32 | $2,721.56 |
| WI | 504 W. Tyler Ave. | 54701 | 9/10/2009 | 10/25/2010 | $69.99 | $79.99 | $942.59 | $1,077.26 |
| WI | 2865 Coho St. Apt #7 | 53713 | 4/22/2008 | 10/25/2010 | $69.99 | $79.99 | $2,105.83 | $2,406.71 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| WI | 230 W Lakelawn pl Apt. E | 53703 | 9/16/2007 | 10/25/2010 | $69.99 | $79.99 | $2,609.74 | $2,982.61 |
| WI | 4923 chalet gardens rd | 53711 | 2/11/2009 | 10/25/2010 | $69.99 | $79.99 | $1,426.73 | $1,630.58 |
| | | | | | | Totals: | $304,641.25 | $348,167.64 |