RYAN HARRIS

BANK DEPOSIT CALCULATION FOR TCNISO INCOME

2005-2008

| ITEMS | 2005 | 2006 | 2007 | 2008 | EXHIBIT |
|---|---|---|---|---|---|
| PayPal TCNiSO.net account | $138,959.01 | $195,760.25 | $214,906.75 | $190,123.23 | W4-2 |
| Washington Mutual Ending 8352 | 40,355.89 | 55,447.73 | 106,154.72 | 145,097.63 | W3-2 through W3-5 |
| **Gross Deposits** | 179,314.90 | 251,207.98 | 321,061.47 | 335,220.86 | |
| Less: | | | | | |
| Non-Income deposits and Items | | | | | |
| Unknown Deposits into WaMu Account | 5,939.17 | 2,557.65 | 14,630.44 | 12,618.83 | W3-2 through W3-5 |
| Personal/Unidentified Items Sold on eBay | 10,160.36 | 8,459.73 | 337.42 | 133.98 | W4-2 |
| Transfers between accounts | 0.00 | 0.00 | 11,800.00 | 25,900.00 | W3-4, W3-5, W4-2 |
| Unknown Income Items | 161.74 | 0.00 | 185.74 | 4,402.85 | W3-2, W3-4, W3-5 |
| TOTAL NON-INCOME | 16,261.27 | 11,017.38 | 26,953.60 | 43,055.66 | |
| **TOTAL TCNISO INCOME** | **$163,053.63** | **$240,190.60** | **$294,107.87** | **$292,165.20** | Appendix B-1 Through B-4 |