| | |
|---|---:|
| TOTAL REVENUE (2005-2009) | $1,118,629.00 |
| TOTAL CUSTOMERS (2005-2009) | 10,195 |
| TOTAL PAYMENTS TO PHILLIPS (2005-2009) | $0.00 |
| TOTAL PAYMENTS TO LINDQUIST (2005-2009) | $1,515.00 |
| TOTAL RETAINED BY HARRIS FOR PERSONAL USE (2005-2008) | $526,885.00 |



GOVERNMENT EXHIBIT 25

25-01