UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.              ) | CRIMINAL NO. 09-10243-MLW |
| ) | |
| RYAN HARRIS           ) | |

DEFENDANT'S NOTICE OF APPEAL

Defendant Ryan Harris hereby appeals to the United States Court of Appeals for the First Circuit from a jury verdict and judgment of conviction and sentence imposed in the above-captioned case.  Judgment was entered on June 27, 2012.

                              RYAN HARRIS
                              By his attorney,

                              /s/ Charles P. McGinty

                              Charles P. McGinty
                                B.B.O. #333480
                              Federal Defender Office
                              51 Sleeper Street
                              Boston, MA  02210
                              Tel: 617-223-8061

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 28, 2012.

                              /s/ Charles P. McGinty

                              Charles P. McGinty