# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

---

Case Caption: United States v. Ryan Harris

District Court Number: 09cr10243-MLW

---

Fee:   Paid?   Yes __X__   No ____   Government filer ____   *In Forma Pauperis* Yes ____   No ____

---

Motions Pending   Yes ____ No __X__          Sealed documents   Yes __X__ No ____
*If yes, document #* _____            *If yes, document #*  3,5,6

*Ex parte* documents   Yes ____ No ____      Transcripts   Yes __X__ No ____
*If yes, document #* _____            *If yes, document #*  74, 142, 143

---

Notice of Appeal filed by: Plaintiff/Petitioner ____   Defendant/Respondent __X__   Other: ____

Appeal from:   Jury Verdict and Sentence

Other information:   Judgment not yet issued

---

   I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

   1,46,123,127,129,136,140,147,148,163,164,165

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # 164, filed on June 28, 2012.

   In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 29, 2012.

**SARAH ALLISON THORNTON**
Clerk of Court

/s/Catherine M. Gawlik
Deputy Clerk

---

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**