UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 09-10243-MLW |
| RYAN HARRIS | ) ) ) | |

## GOVERNMENT'S DISMISSAL OF ORIGINAL INDICTMENT

Pursuant to Rule 48(a), Fed. R. Crim. P., the government dismisses the above-captioned indictment [Docket # 1] for the reason that a superseding indictment [Docket # 46] was returned upon which the defendant has been tried.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:   */s/ Adam Bookbinder*
Adam J. Bookbinder
Assistant U.S. Attorney
Mona Sedky
DOJ Trial Attorney


Leave to File Granted:

_____
CHIEF UNITED STATES
DISTRICT JUDGE

1

CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Adam Bookbinder*

Dated: July 19, 2012