UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>RYAN HARRIS )<br>) | Criminal No. 09-10243-MLW |

**GOVERNMENT'S DISMISSAL OF ORIGINAL INDICTMENT**

Pursuant to Rule 48(a), Fed. R. Crim. P., the government dismisses the above-captioned indictment [Docket # 1] for the reason that a superseding indictment [Docket # 46] was returned upon which the defendant has been tried.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:   */s/ Adam Bookbinder*
Adam J. Bookbinder
Assistant U.S. Attorney
Mona Sedky
DOJ Trial Attorney

Leave to File Granted:

_____         April 5, 2013
CHIEF UNITED STATES
DISTRICT JUDGE

1