# United States Court of Appeals
## For the First Circuit

No. 12-1836

UNITED STATES,

Appellee,

v.

RYAN HARRIS, a/k/a DerEngel,

Defendant, Appellant.

Before

Lynch, Chief Judge,
Torruella and Kayatta, Circuit Judges.

**JUDGMENT**

Entered:  January 29, 2014

      Defendant's counsel has moved to withdraw and has submitted a brief under Anders v. California, 386 U.S. 738 (1967). After careful review of the brief and the underlying record, we conclude that the appeal presents no non-frivolous issues. Accordingly, we grant the motion to withdraw and affirm the judgment of the district court. See 1st Cir. Loc. R. 27.0(c).

                                              By the Court:

                                              /s/ Margaret Carter, Clerk.

cc:
Adam Bookbinder
Dina Chaitowitz
Mona Sedky
Charles McGinty
John Richey