# United States Court of Appeals
## For the First Circuit

No. 12-1836

UNITED STATES

Appellee

v.

RYAN HARRIS, a/k/a DerEngel

Defendant - Appellant

**MANDATE**

Entered: February 21, 2014

In accordance with the judgment of January 29, 2014, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

/s/ Margaret Carter, Clerk


cc:
Adam J. Bookbinder
Dina Michael Chaitowitz
Ryan Harris
Mona Sedky